IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Trend Intermodal Chassis Leasing LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No.: 3:23-cv-01143-L-BN |
| v. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Zariz Transport, Inc., *et al.*, § | |
| § | |
| Defendant and Garnishees. § | |

## APPLICATION FOR ISSUE OF SUPPLEMENTAL
## <u>WRITS OF MARITIME ATTACHMENT AND GARNISHMENT</u>

TO THE CLERK:

Pursuant to this Court's May 30, 2023 Order [Dkt. No. 16, at 3], specifically in that Order:

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk on application without further Order of the Court;

Plaintiff Trend Intermodal Chassis Leasing LLC requests that further Writs of Maritime Attachment and Garnishment be issued to Garnishees JPMorgan Chase Bank, N.A. and Kuehne + Nagel Inc.  The proposed writs are filed herewith.

Dated:   July 26, 2023.

| | |
|---|---|
| Scott R. Wiehle | /s/ J. Stephen Simms |
| State Bar No. 24043991 | J. Stephen Simms |
| scott.wiehle@kellyhart.com | jssimms@simmsshowers.com |
| KELLY HART & HALLMAN, LLP | Simms Showers LLP |
| 201 Main Street, Suite 2500 | 201 International Circle, Suite 230 |
| Fort Worth, Texas 76102 | Baltimore, Maryland 21030 |
| Telephone: (817) 332-2500 | Telephone: (410) 783-5795 |
| Telecopy:  (817) 878-9280 | Facsimile:  (410) 510-1789 |

Counsel to Trend Intermodal Chassis Leasing LLC