IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TREND INTERMODAL CHASSIS LEASING LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:23-cv-1143-BN |
| ZARIZ TRANSPORT INC, | § § § | |
| Defendant. | § | |

# ORDER

On **August 15, 2023 at 10:00 a.m.**, the Court will conduct a Federal Rule of Civil Procedure 16(b) pretrial scheduling conference via Zoom before United States Magistrate Judge David L. Horan. The parties must be prepared to discuss a trial setting. The Zoom meeting can be accessed with the information below.

Topic: Scheduling Conference
Time: Aug 15, 2023 10:00 AM Central Time (US and Canada)
Join ZoomGov Meeting
https://txnd-uscourts.zoomgov.com/j/1609197970?pwd=NWkvK3ZEZndWZ1BGN1JYM1o3ZUd5QT09
Meeting ID: 160 919 7970
Passcode: 596138

SO ORDERED.

DATED: July 31, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE