IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Trend Intermodal Chassis Leasing LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Zariz Transport Inc.,<br><br>*Defendant*<br><br><br>Kuehne + Nagel Inc.<br>Medline Industries LP<br><br>*Garnishees* | CIVIL ACTION NO.: 3:23-cv-01143 |

**DEFENDANT ZARIZ TANSPORT INC'S MOTION
TO DEEM INAPPLICABLE, OR TO DISSOLVE, THE STAY
IMPOSED BY FED. R. CIV. P. 62(a)**

Defendant Zariz Transport Inc. hereby moves for an order determining that the 30-day stay imposed by Fed. R. Civ. P. 62(a) is inapplicable to the Judgment entered in this action on January 10, 2024, or alternatively, dissolving the stay pursuant to Fed. R. Civ. P. 62(a).

As grounds for this Motion, Zariz states that the stay imposed by Fed. R. Civ. P. 62(a) is superseded by Supp. Fed. R. Civ. P. E(5)(c), and does not apply to the vacatur of maritime attachments and garnishments, or that under the facts of this case, this Court should exercise its discretion in dissolving the stay, as is further set forth in the memorandum of law and appendix submitted in support of this motion.

WHEREFORE, Zariz respectfully requests that this Court grant this Motion and herewith submits a Proposed Order.

Dated: January 12, 2024

| | |
|---|---|
| A.Y. STRAUSS, LLC | JACKSON WALKER LLP |
| By: /s/ David Salhanick<br>   David Salhanick, Esq.<br>NJ Bar No. 041022011<br>Email; dsalhanick@aystrauss.com<br>290 West Mount Pleasant Avenue,<br>Livingston, New Jersey 07039<br>Telephone; (973) 425-5548<br>Fax: (973) 840-2123<br>*Admitted Pro Hac Vice* | By: /s/ Joseph A. Fischer, III<br>   Joseph A. Fischer, III<br>Texas State Bar No. 00789292<br>Email: tfischer@jw.com<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Fax: (713) 752-4221 |

Counsel for Zariz Transport Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I caused the foregoing to be filed on the Court's CM/ECF system for electronic on all counsel of record.

/s/ David Salhanick
David Salhanick

2