| Customer | Cust Name | Doc Number | Doc Date | Due Date | AR Amount |
|---|---|---|---|---|---|
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2308884 | 06/16/22 | 07/07/22 | 60.99 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2309698 | 06/17/22 | 07/08/22 | 153.05 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2311114 | 06/17/22 | 07/08/22 | 1,659.02 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2310180 | 06/17/22 | 07/08/22 | 527.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2310725 | 06/17/22 | 07/08/22 | 457.43 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2315131 | 06/23/22 | 07/14/22 | 2,043.77 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2314139 | 06/23/22 | 07/14/22 | 152.48 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2314333 | 06/23/22 | 07/14/22 | 518.42 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2316047 | 06/24/22 | 07/15/22 | 71.86 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2316854 | 06/24/22 | 07/15/22 | 5,067.04 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2320219 | 06/29/22 | 07/20/22 | 6,830.90 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2321170 | 06/30/22 | 07/21/22 | 6,298.62 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00019599 | 06/30/22 | 07/30/22 | 459.99 |
| ZRZP | ZARIZ TRANSPORT, INC | MR0049677 | 06/30/22 | 07/30/22 | 124.5 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2323268 | 07/01/22 | 07/22/22 | 610.81 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2323823 | 07/01/22 | 07/22/22 | 365.94 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2326999 | 07/08/22 | 07/29/22 | 179.65 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2326475 | 07/08/22 | 07/29/22 | 579.41 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2328106 | 07/08/22 | 07/29/22 | 3,179.01 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2327420 | 07/08/22 | 07/29/22 | 1,463.76 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2330780 | 07/14/22 | 08/04/22 | 1,219.81 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2331984 | 07/15/22 | 08/05/22 | 1,311.29 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2332821 | 07/15/22 | 08/05/22 | 809.32 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2331546 | 07/15/22 | 08/05/22 | 862.32 |

| ZRZP | ZARIZ TRANSPORT, INC | DMSA2335766 | 07/21/22 | 08/11/22 | 4,208.33 |
|------|---------------------|-------------|----------|----------|----------|
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2338089 | 07/22/22 | 08/12/22 | 1,970.98 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2336596 | 07/22/22 | 08/12/22 | 731.88 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2337055 | 07/22/22 | 08/12/22 | 1,149.77 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2337346 | 07/22/22 | 08/12/22 | 1,982.19 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2339742 | 07/25/22 | 08/15/22 | 884.36 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00020065 | 07/26/22 | 08/25/22 | 1,177.34 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00020064 | 07/26/22 | 08/25/22 | 1,668.34 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2341145 | 07/27/22 | 08/17/22 | 853.87 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2342557 | 07/29/22 | 08/19/22 | 431.16 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2345063 | 07/29/22 | 08/19/22 | 8,886.65 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2343042 | 07/29/22 | 08/19/22 | 7,257.84 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2343355 | 07/29/22 | 08/19/22 | 1,036.83 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2346222 | 08/03/22 | 08/24/22 | 4,635.26 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2347339 | 08/04/22 | 08/25/22 | 1,970.53 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2346971 | 08/04/22 | 08/25/22 | 243.96 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2349735 | 08/05/22 | 08/26/22 | 175.94 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00020272 | 08/05/22 | 09/04/22 | 562.72 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2352707 | 08/11/22 | 09/01/22 | 6,983.39 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2356054 | 08/12/22 | 09/02/22 | 4,937.37 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2353910 | 08/12/22 | 09/02/22 | 335.45 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2357278 | 08/18/22 | 09/08/22 | 6,038.03 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2357117 | 08/18/22 | 09/08/22 | 60.99 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2359110 | 08/19/22 | 09/09/22 | 5,435.28 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2362556 | 08/25/22 | 09/15/22 | 5,733.07 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00020652 | 08/25/22 | 09/24/22 | 326.63 |

| ZRZP | ZARIZ TRANSPORT, INC | RS00020651 | 08/25/22 | 09/24/22 | 535.82 |
|------|---------------------|------------|----------|----------|--------|
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2363990 | 08/26/22 | 09/16/22 | 304.95 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2366082 | 08/26/22 | 09/16/22 | 5,775.36 |
| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2363583 | 08/26/22 | 09/16/22 | 246.32 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2367792 | 09/01/22 | 09/22/22 | 4,147.33 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2367146 | 09/01/22 | 09/22/22 | 274.46 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2369651 | 09/02/22 | 09/23/22 | 4,329.90 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2369476 | 09/02/22 | 09/23/22 | 182.97 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2368534 | 09/02/22 | 09/23/22 | 30.5 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2372197 | 09/08/22 | 09/29/22 | 1,036.84 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2372839 | 09/08/22 | 09/29/22 | 731.92 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2375904 | 09/09/22 | 09/30/22 | 2,041.35 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2375533 | 09/09/22 | 09/30/22 | 91.49 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00020866 | 09/13/22 | 10/13/22 | 494 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0049114 | 09/14/22 | 10/05/22 | 96 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2378813 | 09/15/22 | 10/06/22 | 1,707.74 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2379071 | 09/15/22 | 10/06/22 | 1,067.34 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2382246 | 09/16/22 | 10/07/22 | 3,061.81 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2383697 | 09/22/22 | 10/13/22 | 304.96 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2387584 | 09/23/22 | 10/14/22 | 4,451.76 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2385303 | 09/23/22 | 10/14/22 | 1,768.72 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2384405 | 09/23/22 | 10/14/22 | 731.89 |
| ZRZP | ZARIZ TRANSPORT, INC | MR0051308 | 09/23/22 | 10/23/22 | 595.12 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2389250 | 09/29/22 | 10/20/22 | 640.4 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2389755 | 09/29/22 | 10/20/22 | 243.99 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2391235 | 09/30/22 | 10/21/22 | 6,087.50 |

APXEXB00073

| ZRZP | ZARIZ TRANSPORT, INC | DCZZ2390768 | 09/30/22 | 10/21/22 | 143.72 |
|------|----------------------|-------------|----------|----------|--------|
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2391072 | 09/30/22 | 10/21/22 | 670.9 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2394248 | 10/05/22 | 10/26/22 | 701.43 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2395450 | 10/06/22 | 10/27/22 | 945.37 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2397323 | 10/07/22 | 10/28/22 | 6,052.31 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2397170 | 10/07/22 | 10/28/22 | 3,415.45 |
| ZRZP | ZARIZ TRANSPORT, INC | DZSA2401037 | 10/13/22 | 11/03/22 | 91.49 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2400969 | 10/13/22 | 11/03/22 | 1,463.77 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2401387 | 10/13/22 | 11/03/22 | 213.47 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2402520 | 10/14/22 | 11/04/22 | 3,729.91 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2402281 | 10/14/22 | 11/04/22 | 274.49 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00021621 | 10/18/22 | 11/17/22 | 234.91 |
| ZRZP | ZARIZ TRANSPORT, INC | RS00021620 | 10/18/22 | 11/17/22 | 432.91 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2405878 | 10/20/22 | 11/10/22 | 396.46 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2405643 | 10/20/22 | 11/10/22 | 30.5 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2407705 | 10/21/22 | 11/11/22 | 3,835.49 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2407494 | 10/21/22 | 11/11/22 | 8,235.95 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2406245 | 10/21/22 | 11/11/22 | 1,463.79 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0050021 | 10/25/22 | 11/15/22 | 11.74 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2410286 | 10/27/22 | 11/17/22 | 701.39 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2411364 | 10/27/22 | 11/17/22 | 91.49 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2412643 | 10/28/22 | 11/18/22 | 5,383.76 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2415406 | 11/03/22 | 11/24/22 | 244.18 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2417701 | 11/04/22 | 11/25/22 | 5,102.24 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2417263 | 11/04/22 | 11/25/22 | 951.05 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2417565 | 11/04/22 | 11/25/22 | 884.37 |

| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2416240 | 11/04/22 | 11/25/22 | 2,920.60 |
|------|----------------------|-------------|----------|----------|----------|
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2420515 | 11/10/22 | 12/01/22 | 2,378.65 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2421286 | 11/10/22 | 12/01/22 | 2,574.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2423139 | 11/11/22 | 12/02/22 | 2,392.78 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2422795 | 11/11/22 | 12/02/22 | 1,007.35 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0050864 | 11/16/22 | 12/07/22 | 102.36 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2425196 | 11/17/22 | 12/08/22 | 792.88 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2425742 | 11/17/22 | 12/08/22 | 2,422.59 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2427848 | 11/18/22 | 12/09/22 | 2,181.65 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2427328 | 11/18/22 | 12/09/22 | 1,311.30 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2431226 | 11/23/22 | 12/14/22 | 2,005.72 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2430855 | 11/23/22 | 12/14/22 | 1,067.33 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2433169 | 11/28/22 | 12/19/22 | 2,592.09 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2434687 | 11/30/22 | 12/21/22 | 1,319.85 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2436430 | 12/02/22 | 12/23/22 | 4,116.97 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2436170 | 12/02/22 | 12/23/22 | 4,177.85 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2439301 | 12/08/22 | 12/29/22 | 1,055.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2440536 | 12/08/22 | 12/29/22 | 1,136.23 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2441734 | 12/09/22 | 12/30/22 | 8,832.18 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2440762 | 12/09/22 | 12/30/22 | 1,067.33 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2441569 | 12/09/22 | 12/30/22 | 3,323.97 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2444592 | 12/13/22 | 01/03/23 | 1,038.77 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2446402 | 12/16/22 | 01/06/23 | 5,482.16 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2446288 | 12/16/22 | 01/06/23 | 10,002.43 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2449978 | 12/22/22 | 01/12/23 | 244.61 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2451397 | 12/23/22 | 01/13/23 | 2,709.47 |

| ZRZP | ZARIZ TRANSPORT, INC | DCSA2451102 | 12/23/22 | 01/13/23 | 2,378.63 |
|------|----------------------|-------------|----------|----------|----------|
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2453904 | 12/29/22 | 01/19/23 | 549.98 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2455038 | 12/30/22 | 01/20/23 | 1,864.97 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2454715 | 12/30/22 | 01/20/23 | 518.42 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2457378 | 12/30/22 | 01/20/23 | 1,646.74 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2458626 | 01/05/23 | 01/26/23 | 1,746.97 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2461963 | 01/06/23 | 01/27/23 | 5,946.75 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2462583 | 01/09/23 | 01/30/23 | 1,090.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2463690 | 01/11/23 | 02/01/23 | 1,147.59 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2465143 | 01/11/23 | 02/01/23 | 598.2 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2466969 | 01/13/23 | 02/03/23 | 182.98 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2468715 | 01/20/23 | 02/10/23 | 9,331.47 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2471353 | 01/20/23 | 02/10/23 | 1,922.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2471690 | 01/23/23 | 02/13/23 | 884.36 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2472960 | 01/26/23 | 02/16/23 | 2,454.57 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2474110 | 01/27/23 | 02/17/23 | 1,164.16 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2478103 | 02/02/23 | 02/23/23 | 986.61 |
| ZRZP | ZARIZ TRANSPORT, INC | DYSA2477688 | 02/02/23 | 02/23/23 | 1,372.28 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2479286 | 02/03/23 | 02/24/23 | 5,129.58 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2484895 | 02/10/23 | 03/03/23 | 1,018.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2483973 | 02/10/23 | 03/03/23 | 1,090.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2485233 | 02/10/23 | 03/03/23 | 146.54 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0051726 | 02/14/23 | 03/07/23 | 126.8 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2488904 | 02/16/23 | 03/09/23 | 400.7 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2489874 | 02/17/23 | 03/10/23 | 763.98 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2493942 | 02/24/23 | 03/17/23 | 6,403.65 |

APXEXB00076

| ZRZP | ZARIZ TRANSPORT, INC | DMSA2498730 | 03/02/23 | 03/23/23 | 3,528.86 |
|------|----------------------|-------------|----------|----------|----------|
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2499720 | 03/03/23 | 03/24/23 | 2,692.12 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2507117 | 03/10/23 | 03/31/23 | 73.28 |
| ZRZP | ZARIZ TRANSPORT, INC | DCSA2506658 | 03/10/23 | 03/31/23 | 1,491.58 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0052602 | 03/23/23 | 04/22/23 | 22.04 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0053499 | 03/30/23 | 04/29/23 | 28.35 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2522435 | 04/05/23 | 04/26/23 | 2,076.08 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2524705 | 04/06/23 | 04/27/23 | 183.94 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2527840 | 04/13/23 | 05/04/23 | 2,988.54 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2544330 | 05/05/23 | 05/26/23 | 1,055.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DZZZ2557463 | 05/25/23 | 06/15/23 | 1,250.77 |
| ZRZP | ZARIZ TRANSPORT, INC | AD0054475 | 06/05/23 | 07/05/23 | 332.8 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2565484 | 06/09/23 | 06/30/23 | 1,090.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2565882 | 06/09/23 | 06/30/23 | 146.54 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2569302 | 06/14/23 | 07/05/23 | 1,600.72 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2573285 | 06/22/23 | 07/13/23 | 1,855.38 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2578241 | 06/29/23 | 07/20/23 | 74.12 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2582934 | 07/06/23 | 07/27/23 | 1,055.64 |
| ZRZP | ZARIZ TRANSPORT, INC | DMSA2584193 | 07/07/23 | 07/28/23 | 74.12 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2602408 | 08/09/23 | 08/30/23 | 1,090.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DPZZ2619660 | 09/07/23 | 09/28/23 | 1,090.82 |
| ZRZP | ZARIZ TRANSPORT, INC | DESA2633428 | 10/03/23 | 10/24/23 | 701.41 |
| | | | | | 334,998.99 |

APXEXB00077
00115





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 06/17/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 07/28/2021 To 06/14/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 15 | 28.50 | 7.00 | 29.93 | 457.43 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$457.43** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| DIRECT CHASSISLINK, INC | DIRECT CHASSISLINK, INC |
| 3525 WHITEHALL PARK DR STE 400 | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |

| ZARIZ TRANSPORT, INC | | |
|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** | 07/01/2022 |
| KEARNY    NJ    07032 | **Customer ID:** | ZRZP |
| | **Billing Period:** | 11/18/2021 To 06/28/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 3 | LEASING | 12 | 28.50 | 7.00 | 23.94 | 365.94 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▉▉ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▉▉ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$365.94** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/08/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 01/13/2022 To 07/05/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP | MS 5 | LEASING | 48 | 28.50 | 7.00 | 95.76 | 1,463.76 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,463.76** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00080

00118





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | | PO Box 603061 |
| | | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:**  07/15/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:**  ZRZP |
| KEARNY    NJ    07032 | | **Billing Period:**  12/16/2021 To 07/12/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 4 | LEASING | 43 | 28.50 | 7.00 | 85.79 | 1,311.29 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,311.29** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00081
00119



### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 07/22/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 01/31/2022 To 07/19/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 5 | LEASING | 65 | 28.50 | 7.00 | 129.69 | 1,982.19 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▆▆▆▆ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▆▆▆▆ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,982.19** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days

APXEXB00082

00120





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/29/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 06/23/2021 To 07/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 11 | LEASING | 238 | 28.50 | 7.00 | 474.84 | 7,257.84 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$7,257.84** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days






## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    08/12/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**    01/24/2022 To 08/09/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 2 | LEASING | 11 | 28.50 | 7.00 | 21.95 | 335.45 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ■■■ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ■■■ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$335.45** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00084

00122





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 08/26/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/12/2021 To 08/23/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 10 | 28.50 | 7.00 | 19.95 | 304.95 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ■■■■ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ■■■■ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$304.95** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00085

00123





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 09/02/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 02/03/2022 To 08/30/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 3 | LEASING | 6 | 28.50 | 7.00 | 11.97 | 182.97 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$182.97** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00086

00124





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE      NC            28273 | PO Box 603061 |
| | CHARLOTTE      NC            28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    09/09/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY      NJ            07032 | **Billing Period:**   03/01/2022 To 09/06/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 3 | 28.50 | 7.00 | 5.99 | 91.49 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$91.49** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/23/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 02/03/2022 To 09/20/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 2 | LEASING | 58 | 28.50 | 7.00 | 115.72 | 1,768.72 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,768.72** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00088
00126





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/30/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 09/25/2021 To 09/27/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 3 | LEASING | 22 | 28.50 | 7.00 | 43.90 | 670.90 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$670.90** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days


APXEXB00089
00127





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/07/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 02/15/2022 To 10/04/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 6 | LEASING | 82 | 28.50 | 7.00 | 163.60 | 2,500.60 |
| **SAVANNAH OCEAN TERMINAL** | SACP MS | 5 | LEASING | 30 | 28.50 | 7.00 | 59.85 | 914.85 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,415.45** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days

APXEXB00090
00128






## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE        NC        28273 | CHARLOTTE        NC        28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/21/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY        NJ        07032 | **Billing Period:** 12/21/2021 To 10/18/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 9 | LEASING | 266 | 28.50 | 7.00 | 530.69 | 8,111.69 |
| **SCSPA-CHARLESTON (WANDO)** | SACP MS | 1 | LEASING | 4 | 28.50 | 9.00 | 10.26 | 124.26 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$8,235.95** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days

APXEXB00091

00129





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | |
| | | CHARLOTTE | NC | 28260-3061 |

| ZARIZ TRANSPORT, INC | | Invoice Date: | 11/04/2022 |
|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | Customer ID: | ZRZP |
| KEARNY | NJ 07032 | Billing Period: | 03/15/2022 To 11/01/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 3 | LEASING | 17 | 28.50 | 7.00 | 33.92 | 518.42 |
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 4 | 28.50 | 7.00 | 7.98 | 121.98 |
| **SCSPA-CHARLESTON (WANDO)** | SACP MS | 1 | LEASING | 10 | 28.50 | 9.00 | 25.65 | 310.65 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$951.05** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00092
00130





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | DIRECT CHASSISLINK, INC |
| 3525 WHITEHALL PARK DR STE 400 | | PO Box 603061 |
| CHARLOTTE          NC          28273 | | CHARLOTTE          NC          28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 11/11/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY          NJ          07032 | **Billing Period:** | 03/25/2022 To 11/08/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 4 | LEASING | 12 | 28.50 | 7.00 | 23.95 | 365.95 |
| **SAVANNAH OCEAN TERMINAL** | SACP MS | 2 | LEASING | 14 | 28.50 | 7.00 | 27.94 | 426.94 |
| **TRAPAC TML-JACKSONVILLE** | SACP MS | 1 | LEASING | 7 | 28.50 | 7.50 | 14.96 | 214.46 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,007.35** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00093
00131






## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 11/18/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 12/29/2021 To 11/15/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 6 | LEASING | 43 | 28.50 | 7.00 | 85.80 | 1,311.30 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,311.30** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days







## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | | PO Box 603061 |
| | | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 11/23/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 06/08/2022 To 11/22/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP | MS 4 | LEASING | 35 | 28.50 | 7.00 | 69.83 | 1,067.33 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,067.33** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days



APXEXB00095

00133





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 12/02/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 05/23/2022 To 11/29/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 19 | LEASING | 137 | 28.50 | 7.00 | 273.35 | 4,177.85 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,177.85** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00096
00134





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| DIRECT CHASSISLINK, INC | DIRECT CHASSISLINK, INC |
| 3525 WHITEHALL PARK DR STE 400 | PO Box 603061 |
| CHARLOTTE  NC  28273 | CHARLOTTE  NC  28260-3061 |

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY  NJ  07032

| | |
|---|---|
| Invoice Date: | 12/09/2022 |
| Customer ID: | ZRZP |
| Billing Period: | 06/22/2022 To 12/06/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 13 | LEASING | 109 | 28.50 | 7.00 | 217.47 | 3,323.97 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,323.97** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00097
00135





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 12/16/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 04/30/2022 To 12/13/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 29 | LEASING | 328 | 28.50 | 7.00 | 654.43 | 10,002.43 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$10,002.43** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00098
00136





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| | PO Box 603061 | |
| CHARLOTTE      NC      28273 | CHARLOTTE      NC      28260-3061 | |
| | | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 12/23/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY      NJ      07032 | **Billing Period:** 05/21/2022 To 12/20/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 8 | LEASING | 78 | 28.50 | 7.00 | 155.63 | 2,378.63 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▉▉▉ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▉▉▉ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,378.63** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| DIRECT CHASSISLINK, INC | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | | |
| ZARIZ TRANSPORT, INC | | | **Invoice Date:** | 12/30/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/01/2022 To 12/30/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 7 | LEASING | 54 | 28.50 | 7.00 | 107.74 | 1,646.74 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,646.74** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00100

00138





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE      NC      28273 | | CHARLOTTE      NC      28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 01/13/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY      NJ      07032 | | **Billing Period:** 04/05/2022 To 01/10/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 4 | LEASING | 6 | 28.50 | 7.00 | 11.98 | 182.98 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$182.98** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00101

00139





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 01/20/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 04/08/2022 To 01/17/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 238 | 28.50 | 7.00 | 474.81 | 7,257.81 |
| **GPA-GARDEN CITY TML** | SACP MS | 12 | LEASING | 57 | 34.00 | 7.00 | 135.66 | 2,073.66 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$9,331.47** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00102
00140





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE　　NC　　28273 | PO Box 603061 | |
| | CHARLOTTE　　NC　　28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 01/27/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY　　NJ　　07032 | **Billing Period:** | 06/29/2022 To 01/24/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 3 | LEASING | 32 | 34.00 | 7.00 | 76.16 | 1,164.16 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,164.16** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00103

00141




## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 02/03/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 07/08/2022 To 01/31/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 10 | LEASING | 141 | 34.00 | 7.00 | 335.58 | 5,129.58 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,129.58** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

APXEXB00104

00142





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE        NC        28273 | | PO Box 603061 |
| | | CHARLOTTE        NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:**    02/10/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:**    ZRZP |
| KEARNY        NJ        07032 | | **Billing Period:**    08/18/2022 To 02/07/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 28 | 34.00 | 7.00 | 66.64 | 1,018.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,018.64** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00105

00143





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | | PO Box 603061 |
| | | CHARLOTTE NC 28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 02/17/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 10/11/2022 To 02/14/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 2 | LEASING | 21 | 34.00 | 7.00 | 49.98 | 763.98 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$763.98** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00106

00144





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC 28273 | PO Box 603061 | |
| | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 03/03/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY NJ 07032 | **Billing Period:** 09/24/2022 To 02/28/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 2 | LEASING | 74 | 34.00 | 7.00 | 176.12 | 2,692.12 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,692.12** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00107
00145





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE      NC         28273 | PO Box 603061 | |
| | CHARLOTTE      NC       28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 03/10/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY      NJ         07032 | **Billing Period:** | 11/07/2022 To 03/07/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP MS | 1 | LEASING | 41 | 34.00 | 7.00 | 97.58 | 1,491.58 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,491.58** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00108

00146





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 06/17/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 10/28/2021 To 06/14/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 15 | 33.00 | 6.63 | 32.82 | 527.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$527.82** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 06/24/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 10/11/2021 To 06/21/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 1 | LEASING | 2 | 33.00 | 8.88 | 5.86 | 71.86 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$71.86** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00110

00148





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 07/01/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 07/14/2021 To 06/28/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 6 | LEASING | 17 | 33.00 | 8.88 | 49.81 | 610.81 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$610.81** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00111

00149





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 07/08/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 04/14/2021 To 07/05/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 1 | LEASING | 5 | 33.00 | 8.88 | 14.65 | 179.65 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$179.65** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00112

00150



Invoice Number
**DCZZ2331546**

## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 07/15/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** | 06/24/2021 To 07/12/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 4 | LEASING | 24 | 33.00 | 8.88 | 70.32 | 862.32 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$862.32** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00113

00151





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/22/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 11/22/2021 To 07/19/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 3 | LEASING | 32 | 33.00 | 8.88 | 93.77 | 1,149.77 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,149.77** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00114

00152





**Invoice Number**
**DCZZ2342557**

## Chassis Pooling Charges

| | | | | | Remit To: | | | |
|---|---|---|---|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | | | DIRECT CHASSISLINK, INC | | | |
| 3525 WHITEHALL PARK DR STE 400 | | | | | PO Box 603061 | | | |
| CHARLOTTE | NC | | 28273 | | CHARLOTTE | NC | | 28260-3061 |
| | | | | | | | | |
| **ZARIZ TRANSPORT, INC** | | | | | **Invoice Date:** | 07/29/2022 | | |
| 78 JOHN MILLER WAY SUITE 3263 | | | | | **Customer ID:** | ZRZP | | |
| KEARNY | NJ | | 07032 | | **Billing Period:** | 07/08/2021 To 07/26/2022 | | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 3 | LEASING | 12 | 33.00 | 8.88 | 35.16 | 431.16 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$431.16** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00115

00153





## Chassis Pooling Charges

| | | | |
|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC | 28273 | PO Box 603061 | |
| | | CHARLOTTE NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** | 08/05/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP |
| KEARNY NJ | 07032 | **Billing Period:** | 01/28/2022 To 08/02/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 5 | 33.00 | 6.63 | 10.94 | 175.94 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███████ 2844
Send remittance advice to payment@DCLI.com ████

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$175.94** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00116

00154





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | | PO Box 603061 |
| | | CHARLOTTE NC 28260-3061 |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 08/26/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 11/20/2021 To 08/23/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 7 | 33.00 | 6.63 | 15.32 | 246.32 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$246.32** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00117

00155





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| | PO Box 603061 | |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 | |
| | | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 09/30/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY NJ 07032 | **Billing Period:** | 01/24/2022 To 09/27/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **NYCT TERMINAL** | DCLI | 1 | LEASING | 4 | 33.00 | 8.88 | 11.72 | 143.72 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$143.72** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00118

00156





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 10/03/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 10/03/2022 To 10/03/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP EV | 3 | LEASING | 10 | 28.50 | 7.00 | 19.96 | 304.96 |
| **GPA-GARDEN CITY TML** | SACP EV | 5 | LEASING | 13 | 28.50 | 7.00 | 25.95 | 396.45 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$701.41** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00119

00157





### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE    NC    28273 | | CHARLOTTE    NC    28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 06/16/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | | **Billing Period:** 06/11/2021 To 06/11/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 3 | LEASING | 9 | 28.50 | 7.00 | 17.96 | 274.46 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$274.46** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00120

00158





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    06/23/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**    06/23/2021 To 06/23/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 5 | 28.50 | 7.00 | 9.98 | 152.48 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$152.48** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00121

00159





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 06/23/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/19/2021 To 06/19/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CONGLOBAL-CHARLESTON** | SACP ML | 1 | LEASING | 1 | 28.50 | 9.00 | 2.57 | 31.07 |
| **GPA-GARDEN CITY TML** | SACP ML | 10 | LEASING | 62 | 28.50 | 7.00 | 123.72 | 1,890.72 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 5 | 28.50 | 7.00 | 9.98 | 152.48 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,074.27** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

Page 1 of 1

APXEXB00122

00160



# DCLI
## DIRECT CHASSISLINK INC.



## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 06/29/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 06/25/2021 To 06/25/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 7 | LEASING | 224 | 28.50 | 7.00 | 446.90 | 6,830.90 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,830.90** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00123 00161





### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| | PO Box 603061 | |
| CHARLOTTE        NC        28273 | CHARLOTTE        NC        28260-3061 | |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 07/14/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY        NJ        07032 | **Billing Period:** | 07/09/2021 To 07/09/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 3 | LEASING | 40 | 28.50 | 7.00 | 79.81 | 1,219.81 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,219.81** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00124

00162





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/21/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 07/16/2021 To 07/16/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 16 | LEASING | 138 | 28.50 | 7.00 | 275.33 | 4,208.33 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28162
Bank ABA: Wires/ACH — ▇▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,208.33** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00125

00163



## Chassis Pooling Charges



| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/22/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 07/22/2021 To 07/22/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 24 | 28.50 | 7.00 | 47.88 | 731.88 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # █████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$731.88** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00126    00164





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE     NC          28273 | PO Box 603061 | |
| | CHARLOTTE     NC          28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 07/27/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY        NJ          07032 | **Billing Period:** | 07/23/2021 To 07/23/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 4 | LEASING | 28 | 28.50 | 7.00 | 55.87 | 853.87 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$853.87** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00127

00165





### Chassis Pooling Charges

| | | | | | |
|---|---|---|---|---|---|
| | | | **Remit To:** | | |
| **DIRECT CHASSISLINK, INC** | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | | |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 08/03/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 07/30/2021 To 07/30/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 9 | LEASING | 140 | 28.50 | 7.00 | 279.32 | 4,269.32 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 12 | 28.50 | 7.00 | 23.94 | 365.94 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,635.26** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis
equipment in certain markets. You can find our current daily-use market rates on our website at
www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00128

00166





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE NC 28273 | | PO Box 603061 | | |
| | | CHARLOTTE NC 28260-3061 | | |
| ZARIZ TRANSPORT, INC | | **Invoice Date:** | 08/11/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP | |
| KEARNY NJ 07032 | | **Billing Period:** | 08/06/2021 To 08/06/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 14 | LEASING | 229 | 28.50 | 7.00 | 456.89 | 6,983.39 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,983.39** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00129
00167





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE        NC        28273 | CHARLOTTE        NC        28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**  08/18/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**  ZRZP |
| KEARNY        NJ        07032 | **Billing Period:**  08/18/2021 To 08/18/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 2 | 28.50 | 7.00 | 3.99 | 60.99 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$60.99** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis
equipment in certain markets. You can find our current daily-use market rates on our website at
www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00130

00168





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE    NC         28273 | PO Box 603061 | |
| | CHARLOTTE    NC         28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 08/18/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY    NJ         07032 | **Billing Period:** | 08/13/2021 To 08/13/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 8 | LEASING | 198 | 28.50 | 7.00 | 395.03 | 6,038.03 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,038.03** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00131
00169





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 08/25/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 08/20/2021 To 08/20/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 4 | LEASING | 188 | 28.50 | 7.00 | 375.07 | 5,733.07 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,733.07** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00132

00170





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE    NC    28273 | PO Box 603061 | |
| | CHARLOTTE    NC    28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/01/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY    NJ    07032 | **Billing Period:** 08/28/2021 To 08/28/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 5 | LEASING | 136 | 28.50 | 7.00 | 271.33 | 4,147.33 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,147.33** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:**Due Net 21 Days

APXEXB00133

00171





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 09/02/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 09/02/2021 To 09/02/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$30.50** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00134
00172





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |

| ZARIZ TRANSPORT, INC | |
|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** 09/08/2022 |
| KEARNY    NJ        07032 | **Customer ID:** ZRZP |
| | **Billing Period:** 09/05/2021 To 09/05/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 8 | LEASING | 22 | 28.50 | 7.00 | 43.92 | 670.92 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 2 | LEASING | 2 | 28.50 | 7.00 | 4.00 | 61.00 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$731.92** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00135

00173





### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 09/15/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 09/10/2021 To 09/10/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 5 | LEASING | 34 | 28.50 | 7.00 | 67.84 | 1,036.84 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,067.34** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00136

00174





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |

| ZARIZ TRANSPORT, INC | | | | | |
|---|---|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | | Invoice Date: | 09/22/2022 | |
| KEARNY | NJ | 07032 | Customer ID: | ZRZP | |
| | | | Billing Period: | 09/18/2021 To 09/18/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 4 | LEASING | 10 | 28.50 | 7.00 | 19.96 | 304.96 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$304.96** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00137  00175





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| DIRECT CHASSISLINK, INC | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | | |
| ZARIZ TRANSPORT, INC | | | **Invoice Date:** | 09/29/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 09/25/2021 To 09/25/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 4 | LEASING | 5 | 28.50 | 7.00 | 9.99 | 152.49 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 3 | LEASING | 3 | 28.50 | 7.00 | 6.00 | 91.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$243.99** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00138

00176





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/05/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 10/02/2021 To 10/02/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 5 | LEASING | 18 | 28.50 | 7.00 | 35.93 | 548.93 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 5 | LEASING | 5 | 28.50 | 7.00 | 10.00 | 152.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$701.43** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days



APXEXB00139

00177



## Chassis Pooling Charges

**DIRECT CHASSISLINK, INC**
3525 WHITEHALL PARK DR STE 400
CHARLOTTE    NC    28273

**Remit To:**
DIRECT CHASSISLINK, INC
PO Box 603061
CHARLOTTE    NC    28260-3061

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY    NJ    07032

**Invoice Date:** 10/13/2022
**Customer ID:** ZRZP
**Billing Period:** 10/09/2021 To 10/09/2022

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 7 | 28.50 | 7.00 | 13.97 | 213.47 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$213.47** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00140
00178





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO BOX 603061 |
| | CHARLOTTE NC 28260-3061 |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 10/14/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY NJ 07032 | **Billing Period:** | 10/14/2021 To 10/14/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 9 | LEASING | 9 | 28.50 | 7.00 | 17.99 | 274.49 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$274.49** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00141

00179





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/20/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 10/20/2021 To 10/20/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$30.50** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00142

00180





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 10/20/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 10/15/2021 To 10/15/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 10 | 28.50 | 7.00 | 19.96 | 304.96 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 3 | LEASING | 3 | 28.50 | 7.00 | 6.00 | 91.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #█████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$396.46** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00143

00181





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | |
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:**  10/27/2022 |
| KEARNY    NJ    07032 | **Customer ID:**  ZRZP |
| | **Billing Period:**  10/23/2021 To 10/23/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 2 | 28.50 | 7.00 | 3.99 | 60.99 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$91.49** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00144

00182





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC           28273 | CHARLOTTE    NC           28260-3061 |

| ZARIZ TRANSPORT, INC | |
|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** 11/03/2022 |
| KEARNY        NJ          07032 | **Customer ID:** ZRZP |
| | **Billing Period:** 10/30/2021 To 10/30/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.75 | 2.21 | 30.71 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 7 | 28.50 | 7.00 | 13.97 | 213.47 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▬▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$244.18** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00145

00183





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 11/10/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 11/05/2021 To 11/05/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 6 | LEASING | 61 | 28.50 | 7.75 | 134.75 | 1,873.25 |
| **GPA-GARDEN CITY TML** | SACP ML | 3 | LEASING | 22 | 28.50 | 7.00 | 43.89 | 670.89 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28162
Bank ABA: Wires/ACH – ▉▉▉ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▉▉▉ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,574.64** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00146
00184





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 11/17/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 11/12/2021 To 11/12/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 8 | LEASING | 63 | 28.50 | 7.75 | 139.16 | 1,934.66 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 14 | 28.50 | 7.00 | 27.93 | 426.93 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 2 | LEASING | 2 | 28.50 | 7.00 | 4.00 | 61.00 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,422.59** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00147
00185





**Invoice Number**
**DMSA2434687**

### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE      NC            28273 | PO Box 603061 |
| | CHARLOTTE      NC            28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**  11/30/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**  ZRZP |
| KEARNY      NJ            07032 | **Billing Period:**  11/26/2021 To 11/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 6 | LEASING | 40 | 28.50 | 7.75 | 88.35 | 1,228.35 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.00 | 2.00 | 30.50 |
| **SAVANNAH OCEAN TERMINAL** | SACP ML | 2 | LEASING | 2 | 28.50 | 7.00 | 4.00 | 61.00 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com ███

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,319.85** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis
equipment in certain markets. You can find our current daily-use market rates on our website at
www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00148
00186





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 12/08/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ        07032 | **Billing Period:** 12/04/2021 To 12/04/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 7 | LEASING | 37 | 28.50 | 7.75 | 81.73 | 1,136.23 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28162
Bank ABA: Wires/ACH ▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,136.23** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00149

00187





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE     NC     28273 | PO Box 603061 |
| | CHARLOTTE     NC     28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 12/13/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY     NJ     07032 | **Billing Period:** 12/10/2021 To 12/10/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 2 | LEASING | 9 | 28.50 | 7.75 | 19.88 | 276.38 |
| **GPA-GARDEN CITY TML** | SACP ML | 5 | LEASING | 25 | 28.50 | 7.00 | 49.89 | 762.39 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,038.77** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | |
| | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** | 12/22/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 12/18/2021 To 12/18/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 3 | 28.50 | 7.75 | 6.63 | 92.13 |
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 5 | 28.50 | 7.00 | 9.98 | 152.48 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$244.61** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00151
00189





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC         28273 | PO Box 603061 |
| | CHARLOTTE    NC         28260-3061 |

| ZARIZ TRANSPORT, INC | | |
|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** | 12/29/2022 |
| KEARNY    NJ    07032 | **Customer ID:** | ZRZP |
| | **Billing Period:** | 12/26/2021 To 12/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 5 | 28.50 | 7.75 | 11.04 | 153.54 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 13 | 28.50 | 7.00 | 25.94 | 396.44 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # █████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$549.98** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00152

00190





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    01/05/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**    12/31/2021 To 12/31/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 7 | LEASING | 41 | 28.50 | 7.75 | 90.55 | 1,259.05 |
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 16 | 28.50 | 7.00 | 31.92 | 487.92 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,746.97** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | |
| | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** | 01/11/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 01/07/2022 To 01/07/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 7 | LEASING | 18 | 34.00 | 7.75 | 47.45 | 659.45 |
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 1 | 28.50 | 7.75 | 2.21 | 30.71 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 15 | 28.50 | 7.00 | 29.93 | 457.43 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,147.59** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00154

00192



# DCLI
## DIRECT CHASSISLINK INC.



## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 01/20/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 01/16/2022 To 01/16/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 7 | LEASING | 35 | 34.00 | 7.75 | 92.24 | 1,282.24 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 21 | 28.50 | 7.00 | 41.90 | 640.40 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,922.64** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00155

00193




## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC 28273 | PO Box 603061 | |
| | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 01/26/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY NJ 07032 | **Billing Period:** 01/21/2022 To 01/21/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 9 | LEASING | 67 | 34.00 | 7.75 | 176.57 | 2,454.57 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▪▪▪▪ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▪▪▪▪ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,454.57** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00156

00194





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |

| ZARIZ TRANSPORT, INC | | |
|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** | 02/02/2023 |
| KEARNY NJ 07032 | **Customer ID:** | ZRZP |
| | **Billing Period:** | 01/28/2022 To 01/28/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 4 | LEASING | 17 | 34.00 | 7.75 | 44.81 | 622.81 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 10 | 34.00 | 7.00 | 23.80 | 363.80 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$986.61** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00157

00195





## Chassis Pooling Charges

| | Remit To: | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | DIRECT CHASSISLINK, INC | |
| 3525 WHITEHALL PARK DR STE 400 | PO Box 603061 | |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 | |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 02/10/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 02/05/2022 To 02/05/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 4 | 34.00 | 7.75 | 10.54 | 146.54 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$146.54** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00158
00196





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 02/16/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 02/12/2022 To 02/12/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 2 | LEASING | 2 | 34.00 | 7.75 | 5.28 | 73.28 |
| **GPA-GARDEN CITY TML** | SACP ML | 1 | LEASING | 9 | 34.00 | 7.00 | 21.42 | 327.42 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$400.70** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00159

00197





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 02/24/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 02/19/2022 To 02/19/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 2 | LEASING | 3 | 34.00 | 7.75 | 7.91 | 109.91 |
| **GPA-GARDEN CITY TML** | SACP ML | 10 | LEASING | 173 | 34.00 | 7.00 | 411.74 | 6,293.74 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,403.65** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00160

00198





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE   NC   28273 | PO Box 603061 | |
| | CHARLOTTE   NC   28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 03/02/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY   NJ   07032 | **Billing Period:** | 02/25/2022 To 02/25/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 4 | LEASING | 97 | 34.00 | 7.00 | 230.86 | 3,528.86 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,528.86** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00161
00199





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    03/10/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY      NJ        07032 | **Billing Period:**  03/04/2022 To 03/04/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 2 | LEASING | 2 | 34.00 | 7.75 | 5.28 | 73.28 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$73.28** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00162

00200





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 04/13/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 04/01/2022 To 04/08/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 13 | LEASING | 98 | 28.50 | 7.00 | 195.54 | 2,988.54 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,988.54** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00163

00201





## Chassis Pooling Charges

| | | | Remit To: | | |
|---|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | | |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 06/09/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/03/2022 To 06/03/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-FAIRBURN (ATLANTA)** | SACP ML | 1 | LEASING | 4 | 34.00 | 7.75 | 10.54 | 146.54 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$146.54** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00164
00202





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 06/14/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 06/11/2022 To 06/11/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 44 | 34.00 | 7.00 | 104.72 | 1,600.72 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,600.72** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00165

00203





## Invoice Number
## DMSA2573285

### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE    NC    28273 | PO Box 603061 | |
| | CHARLOTTE    NC    28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 06/22/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** | 06/18/2022 To 06/18/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP ML | 2 | LEASING | 51 | 34.00 | 7.00 | 121.38 | 1,855.38 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,855.38** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00166

00204




## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**  06/29/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**  ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**  06/25/2022 To 06/25/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CONGLOBAL-CHARLESTON** | SACP ML | 2 | LEASING | 2 | 34.00 | 9.00 | 6.12 | 74.12 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$74.12** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00167

00205





## Chassis Pooling Charges

| | | | |
|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC 28273 | | PO Box 603061 | |
| | | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** | 07/07/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** | 07/02/2022 To 07/02/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CONGLOBAL-CHARLESTON** | SACP ML | 2 | LEASING | 2 | 34.00 | 9.00 | 6.12 | 74.12 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$74.12** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00168
00206





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |
| | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 11/04/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 01/01/2019 To 11/04/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 83 | 33.00 | 6.63 | 181.60 | 2,920.60 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,920.60** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00169

00207





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE     NC     28273 | PO Box 603061 |
| | CHARLOTTE     NC     28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**     12/08/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**     ZRZP |
| KEARNY     NJ     07032 | **Billing Period:**     01/01/2019 To 12/08/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-SOUTH KEARNY** | DCLI | 1 | LEASING | 65 | 33.00 | 6.63 | 142.21 | 2,287.21 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,342.85** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| | | | | **Remit To:** | | |
|---|---|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | | CHARLOTTE | NC | 28260-3061 |
| | | | | | | |
| **ZARIZ TRANSPORT, INC** | | | | **Invoice Date:** | 01/09/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | | **Billing Period:** | 01/01/2019 To 01/09/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,090.82** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00171

00209





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC          28273 | CHARLOTTE    NC          28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 02/10/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY          NJ          07032 | **Billing Period:** 01/01/2019 To 02/10/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,090.82** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00172

00210





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 04/05/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 01/01/2019 To 04/05/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 59 | 33.00 | 6.63 | 129.08 | 2,076.08 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,076.08** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**







## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| | PO Box 603061 | |
| CHARLOTTE     NC          28273 | CHARLOTTE     NC          28260-3061 | |
| | | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    05/05/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP | |
| KEARNY     NJ          07032 | **Billing Period:**    01/01/2019 To 05/05/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,055.64** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00174

00212





## Invoice Number
### DPZZ2565484

## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 06/09/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 01/01/2019 To 06/09/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,090.82** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00175

00213




## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 07/06/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY NJ 07032 | **Billing Period:** | 01/01/2019 To 07/06/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,055.64** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00176
00214



## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC    28273 | CHARLOTTE    NC    28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 08/09/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 01/01/2019 To 08/09/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,090.82** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00177
00215





## Chassis Pooling Charges

| | | | |
|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC 28273 | | PO Box 603061 | |
| | | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 09/07/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP | |
| KEARNY NJ 07032 | | **Billing Period:** 01/01/2019 To 09/07/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,090.82** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00178
00216





### Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 06/17/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/14/2021 To 06/14/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **COASTAL GREAT SOUTHERN - JAX** | SACP HM | 1 | LEASING | 4 | 28.50 | 7.50 | 8.55 | 122.55 |
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 4 | 28.50 | 7.00 | 7.99 | 121.99 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com ███████

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$244.54** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis
equipment in certain markets. You can find our current daily-use market rates on our website at
www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00179

00217





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| DIRECT CHASSISLINK, INC | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | | |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 06/23/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 06/21/2021 To 06/21/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 17 | 28.50 | 7.00 | 33.92 | 518.42 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$518.42** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00180
00218