



## Chassis Pooling Charges

**DIRECT CHASSISLINK, INC**
3525 WHITEHALL PARK DR STE 400
CHARLOTTE      NC          28273

**Remit To:**
DIRECT CHASSISLINK, INC
PO Box 603061
CHARLOTTE      NC          28260-3061

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY        NJ          07032

**Invoice Date:** 07/08/2022
**Customer ID:** ZRZP
**Billing Period:** 07/06/2021 To 07/06/2022

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 19 | 28.50 | 7.00 | 37.91 | 579.41 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$579.41** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00181
00219




## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | |
|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE | NC | PO Box 603061 | |
| | 28273 | CHARLOTTE | NC | 28260-3061 |

| ZARIZ TRANSPORT, INC | | Invoice Date: | 07/25/2022 |
|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | Customer ID: | ZRZP |
| KEARNY | NJ | Billing Period: | 07/19/2021 To 07/19/2022 |
| | 07032 | | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 29 | 28.50 | 7.00 | 57.86 | 884.36 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$884.36** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00182

00220





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC**<br>3525 WHITEHALL PARK DR STE 400<br>CHARLOTTE NC 28273 | **Remit To:**<br>DIRECT CHASSISLINK, INC<br>PO Box 603061<br>CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC**<br>78 JOHN MILLER WAY SUITE 3263<br>KEARNY NJ 07032 | **Invoice Date:** 07/29/2022<br>**Customer ID:** ZRZP<br>**Billing Period:** 07/26/2021 To 07/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 34 | 28.50 | 7.00 | 67.83 | 1,036.83 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,036.83** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

APXEXB00183

00221





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 08/04/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 08/02/2021 To 08/02/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 8 | 28.50 | 7.00 | 15.96 | 243.96 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$243.96** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00184
00222





## Chassis Pooling Charges

| | | | | |
|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 09/01/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP |
| KEARNY | NJ | 07032 | **Billing Period:** | 08/30/2021 To 08/30/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 9 | 28.50 | 7.00 | 17.96 | 274.46 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▇▇▇ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▇▇▇ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$274.46** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00185

00223





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC**<br>3525 WHITEHALL PARK DR STE 400<br>CHARLOTTE  NC  28273 | **Remit To:**<br>DIRECT CHASSISLINK, INC<br>PO Box 603061<br>CHARLOTTE  NC  28260-3061 |
| **ZARIZ TRANSPORT, INC**<br>78 JOHN MILLER WAY SUITE 3263<br>KEARNY  NJ  07032 | **Invoice Date:** 09/08/2022<br>**Customer ID:** ZRZP<br>**Billing Period:** 09/07/2021 To 09/07/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 4 | LEASING | 34 | 28.50 | 7.00 | 67.84 | 1,036.84 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,036.84** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00186

00224





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| | | PO Box 603061 |
| CHARLOTTE NC 28273 | | CHARLOTTE NC 28260-3061 |

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 09/15/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 09/13/2021 To 09/13/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 4 | LEASING | 56 | 28.50 | 7.00 | 111.74 | 1,707.74 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com ▮▮▮

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,707.74** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00187

00225





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE        NC          28273 | CHARLOTTE        NC          28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/23/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY        NJ          07032 | **Billing Period:** 09/20/2021 To 09/20/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 4 | LEASING | 24 | 28.50 | 7.00 | 47.89 | 731.89 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28162
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$731.89** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00188
00226





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
| --- | --- |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE   NC   28273 | PO Box 603061 |
| | CHARLOTTE   NC   28260-3061 |

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY   NJ   07032

| | |
| --- | --- |
| **Invoice Date:** | 09/29/2022 |
| **Customer ID:** | ZRZP |
| **Billing Period:** | 09/27/2021 To 09/27/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **GPA-GARDEN CITY TML** | SACP HM | 3 | LEASING | 21 | 28.50 | 7.00 | 41.90 | 640.40 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$640.40** |
| --- | --- | --- |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00189

00227





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 10/06/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 10/04/2021 To 10/04/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 7 | LEASING | 31 | 28.50 | 7.00 | 61.87 | 945.37 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$945.37** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00190
00228





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE NC 28273 | PO Box 603061 | |
| | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/13/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY NJ 07032 | **Billing Period:** 10/11/2021 To 10/11/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 48 | 28.50 | 7.00 | 95.77 | 1,463.77 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,463.77** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00191
00229





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | | PO Box 603061 |
| | | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 10/21/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 10/18/2021 To 10/18/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 8 | LEASING | 48 | 28.50 | 7.00 | 95.79 | 1,463.79 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,463.79** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00192

00230




## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC          28273 | PO Box 603061 |
| | CHARLOTTE    NC          28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**   10/27/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY    NJ          07032 | **Billing Period:**  10/25/2021 To 10/25/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 4 | LEASING | 23 | 28.50 | 7.00 | 45.89 | 701.39 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$701.39** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00193

00231





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | PO Box 603061 |
| | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 11/04/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 11/01/2021 To 11/01/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 10 | LEASING | 29 | 28.50 | 7.00 | 57.87 | 884.37 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$884.37** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00194

00232





**Invoice Number**
**DYSA2420515**

**Chassis Pooling Charges**

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 11/10/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 11/08/2021 To 11/08/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 11 | LEASING | 78 | 28.50 | 7.00 | 155.65 | 2,378.65 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,378.65** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00195

00233





## Chassis Pooling Charges

| | | | |
|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC |
| | | | PO Box 603061 |
| CHARLOTTE | NC | 28273 | CHARLOTTE NC 28260-3061 |

| | | | |
|---|---|---|---|
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** 11/17/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** ZRZP |
| KEARNY | NJ | 07032 | **Billing Period:** 11/15/2021 To 11/15/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 4 | LEASING | 26 | 28.50 | 7.00 | 51.88 | 792.88 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$792.88** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00196 00234





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |

| ZARIZ TRANSPORT, INC | | | | |
|---|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | | **Invoice Date:** | 11/28/2022 |
| KEARNY | NJ | 07032 | **Customer ID:** | ZRZP |
| | | | **Billing Period:** | 11/22/2021 To 11/22/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 6 | LEASING | 85 | 28.50 | 7.00 | 169.59 | 2,592.09 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,592.09** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00197

00235





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | | | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Invoice Date:** | 12/09/2022 | |
| KEARNY | NJ | 07032 | **Customer ID:** | ZRZP | |
| | | | **Billing Period:** | 12/06/2021 To 12/06/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 21 | 28.50 | 7.00 | 41.90 | 640.40 |
| **LANPORT DEPOT-SAVANNAH** | SACP HM | 1 | LEASING | 14 | 28.50 | 7.00 | 27.93 | 426.93 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,067.33** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00198







## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**  12/30/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**  ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**  12/28/2021 To 12/28/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 2 | LEASING | 17 | 28.50 | 7.00 | 33.92 | 518.42 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$518.42** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

APXEXB00199

00237





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE NC 28273 | | PO Box 603061 | | |
| | | CHARLOTTE NC 28260-3061 | | |

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY NJ 07032

**Invoice Date:** 01/23/2023
**Customer ID:** ZRZP
**Billing Period:** 01/18/2022 To 01/18/2023

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 29 | 28.50 | 7.00 | 57.86 | 884.36 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ■■■■ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ■■■■ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$884.36** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00200
00238





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 02/02/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 01/31/2022 To 01/31/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP HM | 1 | LEASING | 45 | 28.50 | 7.00 | 89.78 | 1,372.28 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com ███

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,372.28** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00201
00239




## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/13/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | **Billing Period:** 10/09/2021 To 10/09/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GPA-GARDEN CITY TML** | SACP DC | 1 | LEASING | 3 | 28.50 | 7.00 | 5.99 | 91.49 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$91.49** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00202
00240





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE          NC          28273 | PO Box 603061 |
| | CHARLOTTE          NC          28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**     06/17/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**     ZRZP |
| KEARNY          NJ          07032 | **Billing Period:**     06/14/2021 To 06/14/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 18 | 33.00 | 6.63 | 39.38 | 633.38 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 3 | LEASING | 22 | 33.00 | 6.63 | 48.13 | 774.13 |
| **NYCT TERMINAL** | DCLI | 1 | LEASING | 7 | 33.00 | 8.88 | 20.51 | 251.51 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,659.02** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00203
00241



## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | Remit To: | | |
|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE NC 28273 | | PO Box 603061 | | |
| | | CHARLOTTE NC 28260-3061 | | |

| ZARIZ TRANSPORT, INC | | | |
|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | **Invoice Date:** | 06/24/2022 |
| KEARNY NJ 07032 | | **Customer ID:** | ZRZP |
| | | **Billing Period:** | 06/19/2021 To 06/19/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| APMT- ELIZABETH | DCLI | 1 | LEASING | 1 | 33.00 | 6.62 | 2.19 | 35.19 |
| ELIZABETH CHASSIS DEPOT | DCLI | 1 | LEASING | 12 | 33.00 | 6.63 | 26.25 | 422.25 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 3 | LEASING | 36 | 33.00 | 6.63 | 78.76 | 1,266.76 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 1 | LEASING | 1 | 33.00 | 6.62 | 2.19 | 35.19 |
| MAHER TERMINAL-ELIZABETH | DCLI | 5 | LEASING | 25 | 33.00 | 6.63 | 54.70 | 879.70 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 8 | LEASING | 61 | 33.00 | 6.63 | 133.46 | 2,146.46 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 1 | LEASING | 8 | 33.00 | 6.62 | 17.49 | 281.49 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,067.04** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00204
00242




## Chassis Pooling Charges

**DIRECT CHASSISLINK, INC**
3525 WHITEHALL PARK DR STE 400
CHARLOTTE        NC           28273

**Remit To:**
DIRECT CHASSISLINK, INC
PO Box 603061
CHARLOTTE        NC           28260-3061

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY          NJ           07032

**Invoice Date:** 06/30/2022
**Customer ID:** ZRZP
**Billing Period:** 06/27/2021 To 06/27/2022

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 5 | LEASING | 38 | 33.00 | 6.63 | 83.14 | 1,337.14 |
| **ELIZABETH CHASSIS DEPOT** | DCLI | 1 | LEASING | 9 | 33.00 | 6.63 | 19.69 | 316.69 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 8 | LEASING | 45 | 33.00 | 6.63 | 98.45 | 1,583.45 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 7 | LEASING | 59 | 33.00 | 6.63 | 129.08 | 2,076.08 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 6 | LEASING | 28 | 33.00 | 6.63 | 61.26 | 985.26 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,298.62** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00205
00243





### Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |

| ZARIZ TRANSPORT, INC | | | | | |
|---|---|---|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | | | **Invoice Date:** | 07/08/2022 | |
| KEARNY | NJ | 07032 | **Customer ID:** | ZRZP | |
| | | | **Billing Period:** | 07/05/2021 To 07/05/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| APMT- ELIZABETH | DCLI | 1 | LEASING | 8 | 33.00 | 6.63 | 17.50 | 281.50 |
| ELIZABETH CHASSIS DEPOT | DCLI | 1 | LEASING | 7 | 33.00 | 6.63 | 15.32 | 246.32 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 2 | LEASING | 11 | 33.00 | 6.63 | 24.06 | 387.06 |
| GREENWICH PACKER TERMINAL | DCLI | 5 | LEASING | 12 | 33.00 | 8.00 | 31.68 | 427.68 |
| MAHER TERMINAL-ELIZABETH | DCLI | 2 | LEASING | 3 | 33.00 | 6.63 | 6.56 | 105.56 |
| NYCT TERMINAL | DCLI | 1 | LEASING | 9 | 33.00 | 8.88 | 26.37 | 323.37 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 3 | LEASING | 40 | 33.00 | 6.63 | 87.52 | 1,407.52 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ▮▮▮▮0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮▮2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,179.01** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00206
00244





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE     NC     28273 | PO Box 603061 |
| | CHARLOTTE     NC     28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/15/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY     NJ     07032 | **Billing Period:** 07/10/2021 To 07/10/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 9 | 33.00 | 6.63 | 19.69 | 316.69 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 14 | 33.00 | 6.63 | 30.63 | 492.63 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$809.32** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00207

00245





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC**<br>3525 WHITEHALL PARK DR STE 400<br>CHARLOTTE  NC  28273 | **Remit To:**<br>DIRECT CHASSISLINK, INC<br>PO Box 603061<br>CHARLOTTE  NC  28260-3061 |
| **ZARIZ TRANSPORT, INC**<br>78 JOHN MILLER WAY SUITE 3263<br>KEARNY  NJ  07032 | **Invoice Date:** 07/22/2022<br>**Customer ID:** ZRZP<br>**Billing Period:** 07/17/2021 To 07/17/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| APMT- ELIZABETH | DCLI | 2 | LEASING | 6 | 33.00 | 6.63 | 13.12 | 211.12 |
| ELIZABETH CHASSIS DEPOT | DCLI | 1 | LEASING | 2 | 33.00 | 6.63 | 4.38 | 70.38 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 4 | LEASING | 28 | 33.00 | 6.63 | 61.27 | 985.27 |
| HM INTL. DEPOT | DCLI | 1 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 2 | LEASING | 9 | 33.00 | 6.63 | 19.69 | 316.69 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 2 | LEASING | 4 | 33.00 | 6.62 | 8.75 | 140.75 |
| PUBLICKER'S CHASSIS YARD | DCLI | 1 | LEASING | 1 | 33.00 | 8.00 | 2.64 | 35.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH - ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,970.98** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00208
00246





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC         28273 | PO Box 603061 |
| | CHARLOTTE    NC         28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 07/29/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 07/25/2021 To 07/25/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 4 | LEASING | 36 | 33.00 | 6.63 | 78.77 | 1,266.77 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 2 | LEASING | 14 | 33.00 | 6.63 | 30.63 | 492.63 |
| **NYCT TERMINAL** | DCLI | 2 | LEASING | 26 | 33.00 | 8.88 | 76.19 | 934.19 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 10 | LEASING | 176 | 33.00 | 6.63 | 385.06 | 6,193.06 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$8,886.65** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00209

00247





**Invoice Number**
**DZZZ2347339**

## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| | PO Box 603061 | |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 | |
| | | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 08/04/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP | |
| KEARNY NJ 07032 | **Billing Period:** 08/01/2021 To 08/01/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 1 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 2 | LEASING | 24 | 33.00 | 6.63 | 52.51 | 844.51 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 26 | 33.00 | 6.63 | 56.89 | 914.89 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,970.53** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00210
00248





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE   NC        28273 | CHARLOTTE   NC          28260-3061 |

| ZARIZ TRANSPORT, INC | | |
|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** | 08/12/2022 |
| KEARNY          NJ          07032 | **Customer ID:** | ZRZP |
| | **Billing Period:** | 08/08/2021 To 08/08/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| APMT- ELIZABETH | DCLI | 4 | LEASING | 18 | 33.00 | 6.63 | 39.40 | 633.40 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 3 | LEASING | 61 | 33.00 | 6.63 | 133.46 | 2,146.46 |
| GREENWICH PACKER TERMINAL | DCLI | 1 | LEASING | 1 | 33.00 | 8.00 | 2.64 | 35.64 |
| MAHER TERMINAL-ELIZABETH | DCLI | 2 | LEASING | 4 | 33.00 | 6.63 | 8.76 | 140.76 |
| NYCT TERMINAL | DCLI | 1 | LEASING | 10 | 33.00 | 8.88 | 29.30 | 359.30 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 6 | LEASING | 39 | 33.00 | 6.63 | 85.33 | 1,372.33 |
| PUBLICKER'S CHASSIS YARD | DCLI | 4 | LEASING | 7 | 33.00 | 8.00 | 18.48 | 249.48 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,937.37** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00211

00249



## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**  08/19/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**  ZRZP |
| KEARNY    NJ        07032 | **Billing Period:**  08/15/2021 To 08/15/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 2 | LEASING | 33 | 33.00 | 6.63 | 72.20 | 1,161.20 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 18 | 33.00 | 6.63 | 39.38 | 633.38 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 9 | LEASING | 51 | 33.00 | 6.63 | 111.59 | 1,794.59 |
| **NYCT TERMINAL** | DCLI | 1 | LEASING | 22 | 33.00 | 8.88 | 64.47 | 790.47 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 3 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▆▆▆ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▆▆▆ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,435.28** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00212

00250





## Chassis Pooling Charges

| | | | | Remit To: | | |
|---|---|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | | DIRECT CHASSISLINK, INC | | |
| 3525 WHITEHALL PARK DR STE 400 | | | | PO Box 603061 | | |
| CHARLOTTE | NC | 28273 | | CHARLOTTE | NC | 28260-3061 |
| | | | | | | |
| **ZARIZ TRANSPORT, INC** | | | | **Invoice Date:** | 08/26/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | | **Billing Period:** | 08/23/2021 To 08/23/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 33 | 33.00 | | 72.20 | 1,161.20 |
| **GREENWICH PACKER TERMINAL** | DCLI | 2 | LEASING | 10 | 33.00 | 8.00 | 26.40 | 356.40 |
| **MAHER CONTAINER YARD-NEWARK** | DCLI | 1 | LEASING | 21 | 33.00 | 6.63 | 45.95 | 738.95 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 4 | LEASING | 93 | 33.00 | 6.63 | 203.48 | 3,272.48 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 5 | LEASING | 7 | 33.00 | 6.63 | 15.33 | 246.33 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▆▆▆▆ 0248
Swift Code: WFBIUS6S ▆▆▆▆
Account Name: Direct Chassislink, Inc. Acct # ▆▆▆▆ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,775.36** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APEXB00213





## Chassis Pooling Charges

| | | | |
|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | Remit To: | |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC | |
| | | PO Box 603061 | |
| CHARLOTTE NC | 28273 | CHARLOTTE NC | 28260-3061 |
| | | | |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** | 09/02/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** | ZRZP |
| KEARNY NJ | 07032 | **Billing Period:** | 08/29/2021 To 08/29/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 11 | 33.00 | 6.62 | 24.05 | 387.05 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 23 | 33.00 | 6.63 | 50.32 | 809.32 |
| **GREENWICH PACKER TERMINAL** | DCLI | 3 | LEASING | 3 | 33.00 | 8.00 | 7.92 | 106.92 |
| **MAHER CONTAINER YARD-NEWARK** | DCLI | 1 | LEASING | 2 | 33.00 | 6.63 | 4.38 | 70.38 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 7 | LEASING | 55 | 33.00 | 6.63 | 120.33 | 1,935.33 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 4 | LEASING | 28 | 33.00 | 6.63 | 61.26 | 985.26 |
| **PUBLICKER'S CHASSIS YARD** | DCLI | 1 | LEASING | 1 | 33.00 | 8.00 | 2.64 | 35.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,329.90** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00214


00252





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE      NC           28273 | PO Box 603061 | |
| | CHARLOTTE      NC         28260-3061 | |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/09/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY           NJ           07032 | **Billing Period:** 09/05/2021 To 09/05/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| GLOBAL TERMINALS-ELIZABETH | DCLI | 3 | LEASING | 32 | 33.00 | 6.63 | 70.01 | 1,126.01 |
| MAHER TERMINAL-ELIZABETH | DCLI | 4 | LEASING | 24 | 33.00 | 6.63 | 52.51 | 844.51 |
| PNCT TERMINAL-NEWARK PORT | DCLI | 1 | LEASING | 1 | 33.00 | 6.63 | 2.19 | 35.19 |
| PUBLICKER'S CHASSIS YARD | DCLI | 1 | LEASING | 1 | 33.00 | 8.00 | 2.64 | 35.64 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,041.35** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00215

00253







## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE   NC   28273 | CHARLOTTE   NC   28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/16/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY   NJ   07032 | **Billing Period:** 09/11/2021 To 09/11/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 2 | LEASING | 16 | 33.00 | 6.63 | 35.01 | 563.01 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |
| **GREENWICH PACKER TERMINAL** | DCLI | 1 | LEASING | 1 | 33.00 | 8.00 | 2.64 | 35.64 |
| **MAHER CONTAINER YARD-NEWARK** | DCLI | 1 | LEASING | 1 | 33.00 | 6.63 | 2.19 | 35.19 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 2 | LEASING | 12 | 33.00 | 6.63 | 26.26 | 422.26 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 3 | LEASING | 27 | 33.00 | 6.63 | 59.07 | 950.07 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▓▓ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #▓▓▓ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,061.81** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00216
00254





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | Remit To: |
|---|---|
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE NC 28273 | CHARLOTTE NC 28260-3061 |

| ZARIZ TRANSPORT, INC | | |
|---|---|---|
| 78 JOHN MILLER WAY SUITE 3263 | **Invoice Date:** | 09/23/2022 |
| | **Customer ID:** | ZRZP |
| KEARNY NJ 07032 | **Billing Period:** | 09/19/2021 To 09/19/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| APMT- ELIZABETH | DCLI | 1 | LEASING | 4 | 33.00 | 6.63 | 8.75 | 140.75 |
| GLOBAL TERMINALS-ELIZABETH | DCLI | 1 | LEASING | 14 | 33.00 | 6.63 | 30.63 | 492.63 |
| GREENWICH PACKER TERMINAL | DCLI | 1 | LEASING | 40 | 33.00 | 8.00 | 105.60 | 1,425.60 |
| MAHER CONTAINER YARD-NEWARK | DCLI | 1 | LEASING | 1 | 33.00 | 6.63 | 2.19 | 35.19 |
| MAHER TERMINAL-ELIZABETH | DCLI | 6 | LEASING | 67 | 33.00 | 6.63 | 146.59 | 2,357.59 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH - ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,451.76** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00217

00255



## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE  NC  28273 | PO Box 603061 |
| | CHARLOTTE  NC  28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 09/30/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY  NJ  07032 | **Billing Period:** 09/26/2021 To 09/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 3 | LEASING | 24 | 33.00 | 6.63 | 52.51 | 844.51 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 62 | 33.00 | 6.63 | 135.64 | 2,181.64 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 7 | LEASING | 82 | 33.00 | 6.63 | 179.41 | 2,885.41 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 3 | LEASING | 5 | 33.00 | 6.63 | 10.94 | 175.94 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #▮▮▮▮▮2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,087.50** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00218

00256





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/07/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 10/03/2021 To 10/03/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 4 | LEASING | 37 | 33.00 | 6.63 | 80.95 | 1,301.95 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 43 | 33.00 | 6.63 | 94.08 | 1,513.08 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 3 | LEASING | 77 | 33.00 | 6.63 | 168.47 | 2,709.47 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 15 | 33.00 | 6.63 | 32.81 | 527.81 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$6,052.31** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00219

00257





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE      NC      28273 | PO Box 603061 | |
| | CHARLOTTE      NC      28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** | 10/14/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** | ZRZP |
| KEARNY      NJ      07032 | **Billing Period:** | 10/10/2021 To 10/10/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 2 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |
| **CSX-SOUTH KEARNY** | DCLI | 1 | LEASING | 12 | 33.00 | 6.63 | 26.25 | 422.25 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 6 | LEASING | 55 | 33.00 | 6.63 | 120.33 | 1,935.33 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 3 | 33.00 | 6.63 | 6.56 | 105.56 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬▬▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,729.91** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00220

00258





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE  NC  28273 | CHARLOTTE  NC  28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/21/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY  NJ  07032 | **Billing Period:** 10/17/2021 To 10/17/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 5 | 33.00 | 6.63 | 10.94 | 175.94 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 3 | LEASING | 98 | 33.00 | 6.63 | 214.42 | 3,448.42 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ░░░░ 0248
Swift Code: WFBIUS6S ░░░░
Account Name: Direct Chassislink, Inc. Acct # ░░░░ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$3,835.49** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days

APXEXB00221
00259





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | Remit To: |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 10/28/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 10/24/2021 To 10/24/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 20 | 33.00 | 6.63 | 43.76 | 703.76 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 1 | LEASING | 11 | 33.00 | 6.63 | 24.07 | 387.07 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 3 | LEASING | 40 | 33.00 | 6.63 | 87.52 | 1,407.52 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 3 | LEASING | 82 | 33.00 | 6.63 | 179.41 | 2,885.41 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # █████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,383.76** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00222

00260




## Chassis Pooling Charges

**DIRECT CHASSISLINK, INC**
3525 WHITEHALL PARK DR STE 400
CHARLOTTE    NC    28273

**Remit To:**
DIRECT CHASSISLINK, INC
PO Box 603061
CHARLOTTE    NC    28260-3061

**ZARIZ TRANSPORT, INC**
78 JOHN MILLER WAY SUITE 3263
KEARNY    NJ    07032

**Invoice Date:** 11/04/2022
**Customer ID:** ZRZP
**Billing Period:** 10/30/2021 To 10/30/2022

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 5 | LEASING | 31 | 33.00 | 6.63 | 67.82 | 1,090.82 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 4 | LEASING | 26 | 33.00 | 6.63 | 56.88 | 914.88 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 5 | LEASING | 14 | 33.00 | 6.63 | 30.64 | 492.64 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 74 | 33.00 | 6.63 | 161.90 | 2,603.90 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,102.24** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00223
00261





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC        28273 | PO Box 603061 |
| | CHARLOTTE    NC        28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    11/11/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP |
| KEARNY    NJ    07032 | **Billing Period:**    11/07/2021 To 11/07/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 25 | 33.00 | 6.63 | 54.69 | 879.69 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 5 | LEASING | 23 | 33.00 | 6.63 | 50.33 | 809.33 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 20 | 33.00 | 6.63 | 43.76 | 703.76 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,392.78** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00224
00262





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 11/18/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 11/13/2021 To 11/13/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **ELIZABETH CHASSIS DEPOT** | DCLI | 1 | LEASING | 4 | 33.00 | 6.63 | 8.75 | 140.75 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 14 | 33.00 | 6.63 | 30.63 | 492.63 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 8 | LEASING | 27 | 33.00 | 6.63 | 59.07 | 950.07 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 17 | 33.00 | 6.63 | 37.20 | 598.20 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,181.65** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00225
00263





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| | PO Box 603061 |
| CHARLOTTE    NC         28273 | CHARLOTTE    NC         28260-3061 |
| | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 11/23/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 11/21/2021 To 11/21/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 30 | 33.00 | 6.63 | 65.64 | 1,055.64 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 7 | 33.00 | 6.63 | 15.32 | 246.32 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 20 | 33.00 | 6.63 | 43.76 | 703.76 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH - ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,005.72** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00226

00264





## Chassis Pooling Charges

| DIRECT CHASSISLINK, INC | | | Remit To: | | |
|---|---|---|---|---|---|
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | | |
| | | | CHARLOTTE | NC | 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 12/02/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** | 11/28/2021 To 11/28/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 2 | LEASING | 45 | 33.00 | 6.63 | 98.45 | 1,583.45 |
| **ELIZABETH CHASSIS DEPOT** | DCLI | 1 | LEASING | 4 | 33.00 | 6.63 | 8.75 | 140.75 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 2 | LEASING | 65 | 33.00 | 6.63 | 142.21 | 2,287.21 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 3 | 33.00 | 6.63 | 6.56 | 105.56 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # █████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$4,116.97** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00227

00265



**DCLI**
DIRECT **CHASSIS**LINK INC.


## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC | |
| CHARLOTTE    NC          28273 | PO Box 603061 | |
| | CHARLOTTE    NC          28260-3061 | |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:**    12/09/2022 | |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:**    ZRZP | |
| KEARNY    NJ          07032 | **Billing Period:**  12/05/2021 To 12/05/2022 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 1 | LEASING | 59 | 33.00 | 6.63 | 129.09 | 2,076.09 |
| **ELIZABETH CHASSIS DEPOT** | DCLI | 4 | LEASING | 16 | 33.00 | 6.63 | 35.01 | 563.01 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 3 | LEASING | 60 | 33.00 | 6.63 | 131.27 | 2,111.27 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 11 | LEASING | 67 | 33.00 | 6.63 | 146.60 | 2,357.60 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 3 | LEASING | 49 | 33.00 | 6.63 | 107.21 | 1,724.21 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ▬▬▬▬ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▬▬▬▬ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$8,832.18** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00228

00266





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE  NC  28273 | PO Box 603061 |
| | CHARLOTTE  NC  28260-3061 |

| | |
|---|---|
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 12/16/2022 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY  NJ  07032 | **Billing Period:** 12/12/2021 To 12/12/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **ELIZABETH CHASSIS DEPOT** | DCLI | 1 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 1 | LEASING | 3 | 33.00 | 6.63 | 6.56 | 105.56 |
| **GREENWICH PACKER TERMINAL** | DCLI | 1 | LEASING | 62 | 33.00 | 8.00 | 163.68 | 2,209.68 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 3 | LEASING | 24 | 33.00 | 6.63 | 52.51 | 844.51 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 2 | LEASING | 60 | 33.00 | 6.63 | 131.28 | 2,111.28 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH ███████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct #██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,482.16** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**



APXEXB00229

00267





## Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | |
| 3525 WHITEHALL PARK DR STE 400 | | |
| CHARLOTTE | NC | 28273 |

**Remit To:**
DIRECT CHASSISLINK, INC
PO Box 603061
CHARLOTTE    NC    28260-3061

| | | |
|---|---|---|
| **ZARIZ TRANSPORT, INC** | | |
| 78 JOHN MILLER WAY SUITE 3263 | | |
| KEARNY | NJ | 07032 |

**Invoice Date:** 12/23/2022
**Customer ID:** ZRZP
**Billing Period:** 12/18/2021 To 12/18/2022

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **ELIZABETH CHASSIS DEPOT** | DCLI | 4 | LEASING | 20 | 33.00 | 6.63 | 43.76 | 703.76 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 5 | LEASING | 57 | 33.00 | 6.63 | 124.71 | 2,005.71 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$2,709.47** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00230
Page 1 of 1
00268





## Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC**<br>3525 WHITEHALL PARK DR STE 400<br>CHARLOTTE    NC         28273 | **Remit To:**<br>DIRECT CHASSISLINK, INC<br>PO Box 603061<br>CHARLOTTE    NC         28260-3061 |
| **ZARIZ TRANSPORT, INC**<br>78 JOHN MILLER WAY SUITE 3263<br>KEARNY    NJ         07032 | **Invoice Date:** 12/30/2022<br>**Customer ID:** ZRZP<br>**Billing Period:** 12/26/2021 To 12/26/2022 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **APMT- ELIZABETH** | DCLI | 4 | LEASING | 19 | 33.00 | 6.63 | 41.57 | 668.57 |
| **ELIZABETH CHASSIS DEPOT** | DCLI | 2 | LEASING | 8 | 33.00 | 6.63 | 17.50 | 281.50 |
| **MAHER CONTAINER YARD-NEWARK** | DCLI | 3 | LEASING | 6 | 33.00 | 6.63 | 13.13 | 211.13 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 5 | LEASING | 18 | 33.00 | 6.63 | 39.39 | 633.39 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 2 | 33.00 | 6.63 | 4.38 | 70.38 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH - ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # █████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,864.97** |
|---|---|---|

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.





### Chassis Pooling Charges

| | |
|---|---|
| **DIRECT CHASSISLINK, INC** | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | DIRECT CHASSISLINK, INC |
| CHARLOTTE    NC    28273 | PO Box 603061 |
| | CHARLOTTE    NC    28260-3061 |
| **ZARIZ TRANSPORT, INC** | **Invoice Date:** 01/06/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | **Customer ID:** ZRZP |
| KEARNY    NJ    07032 | **Billing Period:** 01/03/2022 To 01/03/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **ELIZABETH CHASSIS DEPOT** | DCLI | 3 | LEASING | 46 | 33.00 | 6.63 | 100.64 | 1,618.64 |
| **GLOBAL TERMINALS-ELIZABETH** | DCLI | 1 | LEASING | 48 | 33.00 | 6.63 | 105.02 | 1,689.02 |
| **MAHER CONTAINER YARD-NEWARK** | DCLI | 1 | LEASING | 9 | 33.00 | 6.63 | 19.69 | 316.69 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 2 | LEASING | 56 | 33.00 | 6.63 | 122.52 | 1,970.52 |
| **PNCT TERMINAL-NEWARK PORT** | DCLI | 1 | LEASING | 10 | 33.00 | 6.63 | 21.88 | 351.88 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ▮▮▮ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ▮▮▮ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$5,946.75** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:** Due Net 21 Days

APXEXB00232

00270




### Chassis Pooling Charges

| | | |
|---|---|---|
| **DIRECT CHASSISLINK, INC** | | **Remit To:** |
| 3525 WHITEHALL PARK DR STE 400 | | DIRECT CHASSISLINK, INC |
| CHARLOTTE NC 28273 | | PO Box 603061 |
| | | CHARLOTTE NC 28260-3061 |
| **ZARIZ TRANSPORT, INC** | | **Invoice Date:** 01/11/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | | **Customer ID:** ZRZP |
| KEARNY NJ 07032 | | **Billing Period:** 01/08/2022 To 01/08/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **CSX-SOUTH KEARNY** | DCLI | 1 | LEASING | 1 | 33.00 | 6.63 | 2.19 | 35.19 |
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 16 | 33.00 | 6.63 | 35.01 | 563.01 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$598.20** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00233
00271





### Chassis Pooling Charges

| | | | | |
|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | Remit To: | |
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | |
| CHARLOTTE | NC | 28273 | PO Box 603061 | |
| | | | CHARLOTTE NC 28260-3061 | |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** 04/06/2023 | |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** ZRZP | |
| KEARNY | NJ | 07032 | **Billing Period:** 04/03/2022 To 04/03/2023 | |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 5 | 34.50 | 6.63 | 11.44 | 183.94 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH – ███ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ███ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments". Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$183.94** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**

APXEXB00234


00272





## Chassis Pooling Charges

| | | | | |
|---|---|---|---|---|
| **DIRECT CHASSISLINK, INC** | | | **Remit To:** | |
| 3525 WHITEHALL PARK DR STE 400 | | | DIRECT CHASSISLINK, INC | |
| | | | PO Box 603061 | |
| CHARLOTTE | NC | 28273 | CHARLOTTE | NC | 28260-3061 |
| | | | | |
| **ZARIZ TRANSPORT, INC** | | | **Invoice Date:** | 05/25/2023 |
| 78 JOHN MILLER WAY SUITE 3263 | | | **Customer ID:** | ZRZP |
| KEARNY | NJ | 07032 | **Billing Period:** | 05/21/2022 To 05/21/2023 |

| Start Location | Pool | Moves/Fees | Type | Days | Rate/Fees | Tax Rate | Tax | Charges |
|---|---|---|---|---|---|---|---|---|
| **MAHER TERMINAL-ELIZABETH** | DCLI | 1 | LEASING | 34 | 34.50 | 6.63 | 77.77 | 1,250.77 |

Overnight:
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd - 2C2
Charlotte, NC 28262
Bank ABA: Wires/ACH — ██████ 0248
Swift Code: WFBIUS6S
Account Name: Direct Chassislink, Inc. Acct # ██████ 2844
Send remittance advice to payment@DCLI.com

*Effective 3/1/2017 MVRT applies on all moves in Texas

| | | |
|---|---|---|
| If you wish to make payments by VISA/MC/AMEX please go to www.dcli.com under "payments".<br>Pursuant to 49 CFR 369.9(d)(1) Drivers must turn in any Driver Vechicle Exception Reports to the DCLI representative at the Ocean Terminal, Rail Ramp or CY to which the equipment is returned. | **Please Pay This Amount** | **$1,250.77** |

For Billing or Dispute Inquiries: Visit www.dcli.com and log into the new dispute portal.
For Payment inquiries: Payment@dcli.com (704-594-3760)
For Collection inquiries: AR@dcli.com (704-594-3800 Opt 1)
Please include Customer ID and Invoice Number on remittance.
PLEASE NOTE: On January 1, 2021, DCLI adjusted per diem rates for our marine chassis equipment in certain markets. You can find our current daily-use market rates on our website at www.dcli.com/rates.

**TERMS:Due Net 21 Days**


APXEXB00235
00273



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 9/13/2022 | AN265098-APMZ404147 | RS00020866 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC  28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | AN265098-APMZ404147 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBROADSERVICE | ROADSERVICEFORUNIT-APMZ404147-AN265098 | 1 | Each | $494.00 | $494.00 |

Bank: Wells Fargo Bank
Account Name:  Direct ChassisLink, Inc
Account Number ███2844
ABA - ACH: ███0219
ABA - Wires: ███0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC  28262

| | |
|---|---|
| Subtotal | $494.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $494.00 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00236
00274



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 8/25/2022 | AM623634-DCLZ231264 | RS00020652 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC  28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | AM623634-DCLZ231264 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBROADSERVICE | ROADSERVICEFORUNIT-DCLZ231264-AM623634 | 1 | Each | $326.63 | $326.63 |

Bank: Wells Fargo Bank
Account Name:  Direct ChassisLink, Inc
Account Number ████2844
ABA - ACH: ████0219
ABA - Wires: ████0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC  28262

| | |
|---|---|
| Subtotal | $326.63 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $326.63 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00237 00275



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 8/25/2022 | AL741060-APMZ402569 | RS00020651 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | AL741060-APMZ402569 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBROADSERVICE | ROADSERVICEFORUNIT-APMZ402569-AL741060 | 1 | Each | $535.82 | $535.82 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number ____ 2844
ABA - ACH: ____ 0219
ABA - Wires: ____ 0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | |
|---|---|
| Subtotal | $535.82 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $535.82 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00238
00276



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 8/5/2022 | AM368989-DCLZ232332 | RS00020272 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC  28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | AM368989-DCLZ232332 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBROADSERVICE | ROADSERVICEFORUNIT-DCLZ232332 - AM368989 | 1 | Each | $562.72 | $562.72 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number ████2844
ABA - ACH: ████0219
ABA - Wires: ████0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC  28262

| | |
|---|---|
| Subtotal | $562.72 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $562.72 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00239 00277



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 9/23/2022 | DCLZ231229 | MR0051308 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC  28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | DCLZ231229 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBREVREPAIR | DAMAGERECOVERYFORUNIT-DCLZ231229-0XT7A3HBV3 | 1 | Each | $595.12 | $595.12 |

Bank: Wells Fargo Bank
Account Name:  Direct ChassisLink, Inc
Account Numbe2844
ABA - ACH:0219
ABA - Wires:0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd 2C2
Charlotte, NC  28262

| | |
|---|---|
| Subtotal | $595.12 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $595.12 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page  1

APXEXB00240
00278



# Invoice

| | | |
|---|---|---|
| **Invoice Date** | **PO Number** | **Invoice Number** |
| 6/30/2022 | APMZ701185 | MR0049677 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC  28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | APMZ701185 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| RBREVREPAIR | DAMAGERECOVERYFORUNIT-APMZ701185-V8YRQ2VJVS | 1 | Each | $124.50 | $124.50 |

Bank: Wells Fargo Bank
Account Name:  Direct ChassisLink, Inc
Account Number ████ 2844
ABA - ACH: ████ 0219
ABA - Wires: ████ 0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd 2C2
Charlotte, NC  28262

| | |
|---|---|
| Subtotal | $124.50 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $124.50 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00241



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 6/5/2023 | ATS VIOLATIONS 12/22 | AD0054475 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | ATS VIOLATIONS 12/22 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - MSCZ140365 TCKU7338670 ATS DEC 2022 | 1 | Each | $332.80 | $332.80 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number ████2844
ABA - ACH: ████0248
ABA - Wires: ████0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | | |
|---|---|---|
| Subtotal | | $332.80 |
| Tax | | $0.00 |
| Freight | | $0.00 |
| Misc | | $0.00 |
| Total | | $332.80 |

**M&R or Road Service Dispute Inquiries:**
damagedisputes@dcli.com

**Violation Dispute Inquiries:**
violations@dcli.com

APXEXB00242 00280



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 3/30/2023 | ATS VIOLATIONS 11/22 | AD0053499 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | ATS VIOLATIONS 11/22 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - APMZ402569 OOCU9023672 ATS NOV 2022 | 1 | Each | $28.35 | $28.35 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number ▉2844
ABA - ACH: ▉0248
ABA - Wires: ▉0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | |
|---|---|
| Subtotal | $28.35 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $28.35 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00243  00281



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 3/23/2023 | ATS RAIL OCT 2022 | AD0052602 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | ATS RAIL OCT 2022 | 30 DAYS | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - APMZ232272 APZU3287315 ATS OCT 2022 | 1 | Each | $22.04 | $22.04 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number ████2844
ABA - ACH: ████0248
ABA - Wires: ████0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | |
|---|---|
| Subtotal | $22.04 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $22.04 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00244
00282



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 2/14/2023 | ATS RAIL SEP 2022 | AD0051726 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | |
|---|---|---|---|---|
| ZRZP | ATS RAIL SEP 2022 | 21 Days | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - DCLZ231229 TCKU3399507 ATS SEP 2022 | 1 | Each | $22.15 | $22.15 |
| ROTHERFINESR | TOLL VIO FOR UNIT - APMZ402569 OOCU9023672 ATS SEP 2022 | 1 | Each | $28.35 | $28.35 |
| ROTHERFINESR | TOLL VIO FOR UNIT - DCLZ402597 MEDU9727478 ATS SEP 2022 | 1 | Each | $33.24 | $33.24 |
| ROTHERFINESR | TOLL VIO FOR UNIT - DCLZ404577 ATS SEP 2022 | 1 | Each | $20.33 | $20.33 |
| ROTHERFINESR | TOLL VIO FOR UNIT - MAEC759759 TRHU8348080 ATS SEP 2022 | 1 | Each | $22.73 | $22.73 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number: ▮▮▮2844
ABA - ACH: ▮▮▮0248
ABA - Wires: ▮▮▮0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | |
|---|---|
| Subtotal | $126.80 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $126.80 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00245
00283



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 9/14/2022 | ATS RAIL JUNE 2022 | AD0049114 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | |
|---|---|---|---|---|
| ZRZP | ATS RAIL JUNE 2022 | 21 Days | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $17.00 | $17.00 |
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $17.00 | $17.00 |
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $14.00 | $14.00 |
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $17.00 | $17.00 |
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $14.00 | $14.00 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

Page 1

APXEXB00246 00284



# Invoice

| Invoice Date | PO Number | Invoice Number |
|---|---|---|
| 9/14/2022 | ATS RAIL JUNE 2022 | AD0049114 |

**Bill To:**

ZARIZ TRANSPORT, INC
78 JOHN MILLER WAY SUITE 3263
78 JOHN MILLER WAY SUITE 3263
KEARNY, NJ 07032
USA

Please Remit Payment to:
Direct ChassisLink, Inc.
PO Box 603061
Charlotte, NC 28260-3061

| SCAC Code | PO Number | Payment Terms | | | |
|---|---|---|---|---|---|
| ZRZP | ATS RAIL JUNE 2022 | 21 Days | | | |

| Item | Description | Quantity | U of M | Unit Price | Extended Price |
|---|---|---|---|---|---|
| ROTHERFINESR | TOLL VIO FOR UNIT - NEDZ402627 MRKU5407184 ATS JUNE 2022 | 1 | Each | $17.00 | $17.00 |

Bank: Wells Fargo Bank
Account Name: Direct ChassisLink, Inc
Account Number: ████2844
ABA - ACH: ████0219
ABA - Wires: ████0248

**Overnight Payments:**
Lockbox Services Ref. 603061
1525 West W.T. Harris Blvd
2C2
Charlotte, NC 28262

| | |
|---|---|
| Subtotal | $96.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Misc | $0.00 |
| Total | $96.00 |

**For Elizabeth Repair Questions**
Dawn Sicco
Ph: 908-248-8904
dawn.sicco@dcli.com

**For Midwest Repair Questions**
Robert Barajar
Ph: 779-702-1305
robert.barajar@dcli.com

**For Houston Repair Questions**
Myron Whatley
Ph: 832-347-3397
myron.whatley@dcli.com

**For Road Service Questions**
damagedisputes@dcli.com

**For Violation Questions**
Ph: 704-594-3719
violations@dcli.com

**Other Invoice Questions**
Ph: 704-447-3213
claims@dcli.com

APXEXB00247
00285

REVISED 7/8/22

MAGISTRATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

CLERK'S USE ONLY

EFILED
CLAYTON COUNTY, GA
10/9/2023 7:52 PM
Chanae Q. Clemons
CLERK MAGISTRATE COURT

DISPOSSESSORY PROCEEDING

PLAINTIFF: (PLEASE PRINT NEATLY & CLEARLY)

(Name) Trier Properties LLC c/o Satori Properties
(Street Address) 2022 W. 16th Street
(City, State, Zip Code) May wood, IL 60426
(Email) management@satori-properties.com

DEFENDANT: (PLEASE PRINT NEATLY & CLEARLY)

(Name) Zariz Transport Inc & All others
(Street Address) 5585 Old Dixie Road
(City, State, Zip Code) Forest Park, GA 30297

CASE NUMBER
20____ CM ____ 2023CM25113

Personally appeared the undersigned affiant who on oath says that he/she is (owner) (agent) (attorney at law) for plaintiff herein, and that defendant(s) is/are in possession as tenant of premises at said address as stated above, in Clayton County, the property of said plaintiff. FURTHER (circle only one):

(a) [X] THAT tenant fails to pay the rent which is now past due.
(b) [X] THAT tenant holds the premises over and beyond the term for which they were rented or leased to tenant(s).
(c) [X] THAT tenant is a tenant at sufferance.
(d) [X] THAT tenant has committed lease violations, and plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.

Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.

WHEREFORE, Plaintiff DEMANDS: (circle all that apply)

(a) [X] possession of the premises, (b) [X] past due rent of $ 58,210.22 (c) [X] rent accruing up to the date of judgment or vacancy at the rate of $ 392.79 per day. (d) [X] Additional Rent and fees

Sworn to and subscribed before me, this

AFFIANT  Saban Newnham     770.285.8008
Newham Law Firm LLC     Phone # w/Area Code
Saban @ NewnHamLaw.com

#as 3949

27 day of September 20 23

By Justice Smith
Deputy Clerk, Notary Public

Justice Smith
NOTARY PUBLIC
Fulton County, GEORGIA

(PLEASE READ): Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law. You should take care to learn if you have such protection. For information visit consumerfinance.gov/eviction or call a housing counselor at 800 569-4287

SUMMONS

TO THE SHERIFF OF CLAYTON COUNTY OR HIS LAWFUL DEPUTIES

GREETINGS: The defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Clayton County, Jonesboro, Georgia on or before the seventh (7th) calendar day (including weekends and holidays) after the date of service of the within affidavit and summons. You may also file an answer online at odysseyefileGA.com by 11:59 P.M. on or before the last day to answer this summons. EACH defendant is required to file an answer in his or her own name. If such an answer is not made, a Writ of Possession and/or Judgment may issue as provided by law.

Witness the Honorable _____ Judge/Magistrate of said Court.

This ____ day of _____ 20 ____     10/10/2023     /s/ Karla Euler     Deputy Clerk

SHERIFF'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of same [ ] Personally [ ] Notariously

(Name) _____ [ ] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE _____     D/Sheriff _____

IMPORTANT NOTICE

Pursuant to O.C.G.A. Code of Georgia, Section 44-7-55(c), any writ of possession issued pursuant to this article shall authorize the removal of the tenant or his or her personal property, or both, from the premises and permit the placement of such personal property on some portion of the landlord's property; further, it provides that after execution of the writ, such property shall be regarded as abandoned.

Pursuant to Code of Clayton County, Georgia, Section 82.91 et. seq., if such personal property is not removed from the landlord's property within twenty-four (24) hours of the date and time of the execution of the writ of possession, and if the property otherwise is in violation of the county code, a citation for violation of the county code may issue against the owner.

APXEXB00248
00286
KE

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY, FLORIDA

Case Number: 50-2023-CA-015877-XXXA-MB
Division:      AA: Circuit Civil Central - AA

(Civil)

AUXILIOR CAPITAL PARTNERS INC,
        Plaintiff(s),
    vs.

ZARIZ TRANSPORT INC,
        Defendant(s).

### DEFAULT

A default is entered in the above styled cause against:

**ZARIZ TRANSPORT INC**

for failure to serve or file any pleading or document as required by law.

Dated on: 4th of January, 2024.

**JOSEPH ABRUZZO**

**Clerk of the Circuit Court & Comptroller**

By:

Chaney, Shuntel as Deputy Clerk

☐  Copies Not furnished – envelopes not provided.

☒  Copies furnished to:
eservice@emzwlaw.com

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL JOSEPH ABRUZZO, CLERK. 01/04/2024 12:24:11 PM

APXEXB00249

00287

IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.

AUXILIOR CAPITAL PARTNERS, INC.,
a Delaware corporation,

        Plaintiff,

vs.

ZARIZ TRANSPORT INC.,
a Florida corporation,

        Defendant.

_____/

## VERIFIED COMPLAINT FOR REPLEVIN AND DAMAGES

Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.,** by and through its undersigned

counsel, hereby sues Defendant, **ZARIZ TRANSPORT INC.,** and as grounds therefore alleges as

follows:

## GENERAL ALLEGATIONS

1.      Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.,** is a Delaware corporation.

2.      Defendant, **ZARIZ TRANSPORT INC.,** is a Florida corporation which at all times

relevant hereto was doing business in Palm Beach County, Florida, therefore venue is appropriate in

Palm Beach County, Florida.

3.      All conditions precedent to the institution of this action have been performed, excused

or have occurred.

NOT A CERTIFIED COPY

## COUNT I
### (Breach of Loan and Security Agreement)

4.      This is an action for breach of a Loan and Security Agreement with damages that exceed the sum of $50,000.00.

5.      Plaintiff realleges and reincorporates paragraphs 1 through 3, as though fully set forth herein.

6.      That on or about **August 12, 2022**, **AUXILIOR CAPITAL PARTNERS, INC.**, entered into a Loan and Security Agreement with **ZARIZ TRANSPORT INC.**, whereby the Defendant agreed to make payments for three (1) 2018 Kenworth T680 Sleeper Tractors VINs ending in 186686, 186681 and 186622. A true and correct copy of the Loan and Security Agreement is attached hereto as Exhibit A.

7.      That the subject Kenworth Sleeper Tractors were delivered to Defendant in accordance with the terms of the Loan and Security Agreement.

8.      That pursuant to the terms of the Loan and Security Agreement, **ZARIZ TRANSPORT INC.**, was to pay the Plaintiff monthly payments in the amount of **$6,284.63**, for a term of **60** months.

9.      That **ZARIZ TRANSPORT INC.** defaulted in its obligation to the Plaintiff by failing and refusing to pay the monthly payments due under the Loan and Security Agreement from **May 15, 2023**, through the date of the filing of this lawsuit.  As a result, Plaintiff, pursuant to its rights under the Loan and Security Agreement, has elected to accelerate all sums due thereunder.

10.     Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, has recovered and sold the Kenworth Sleeper Tractors with VINs ending in ▮▮▮▮ and 186622.

NOT A CERTIFIED COPY

11.     Demand for payment has been made upon Defendant, **ZARIZ TRANSPORT INC.**, but said Defendant has failed and refused to pay the sums due and owing. The amount due and owing to Plaintiff from Defendant as of the date of this Complaint is **$279,758.97**, plus interest.

12.     Plaintiff has retained the undersigned counsel and is obligated to pay a reasonable fee for his services and the Defendant has agreed, pursuant to the terms of the Loan and Security Agreement, to pay Plaintiff's counsel.

WHEREFORE, Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, demands judgment against the Defendant, **ZARIZ TRANSPORT INC.**, for damages, together with interest, court costs and a reasonable attorney's fee.

### COUNT II
### (Replevin)

13.     This is an action to recover possession of personal property located in Palm Beach County, Florida.

14.     Plaintiff realleges and reincorporates paragraphs 1 through 3, and 6, through 11, as though fully set forth herein.

15.     Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, is lawfully entitled to possession of the 2018 Kenworth T680 Sleeper Tractor VIN ending in 186681, by virtue of the Loan and Security Agreement which is attached hereto as Exhibit A.

16.     Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, has a perfected lien in and to the 2018 Kenworth T680 Sleeper Tractor VIN ending in ▮▮▮▮ as evidenced by the e-title attached hereto as Exhibit B.

17.     That the 2018 Kenworth T680 Sleeper Tractor VIN ending in ▮▮▮▮ has an estimated fair market value of $21,500.00.

NOT A CERTIFIED COPY

18.    The 2018 Kenworth T680 Sleeper Tractor VIN ending in ███ continues to be located and used at the business address of 7601 North Federal Highway, Boca Raton, Florida 33487.

19.    Defendant, **ZARIZ TRANSPORT INC.** has defaulted under the terms of the Loan and Security Agreement by failing to make payments as agreed, and according to the terms of the Loan and Security Agreement, Plaintiff is entitled to take immediate possession of the 2018 Kenworth T680 Sleeper Tractor VIN ending in ███

20.    The property claimed by the Plaintiff has not been taken for tax, assessment or fine levied under any law, or seized under any execution or attachment against the goods and chattels of Plaintiff liable to execution.

21.    Defendant, **ZARIZ TRANSPORT INC.**, has possession of and wrongfully detains the property from Plaintiff in Palm Beach County, Florida.

22.    The Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, has incurred attorney's fees and costs is entitled to the expenses of retaking and selling its security, including a reasonable attorney's fee, under the authority of the Loan and Security Agreement and applicable Florida law.

WHEREFORE, Plaintiff, **AUXILIOR CAPITAL PARTNERS, INC.**, demands judgment for the possession of the property against Defendant, **ZARIZ TRANSPORT INC.**, including attorney's fees and costs incurred retaking said property.

## VERIFICATION

I, Dominick Cevet of AUXILIOR CAPITAL PARTNERS, INC. state as follows:

1.    I am employed by AUXILIOR CAPITAL PARTNERS, INC. as AVP - Portfolio Management and I am authorized to execute this Verification on behalf thereof.  I am also over the age of eighteen.

2.    I have read the foregoing Verified Complaint for Replevin and Damages ("Verified Complaint"), and I have personal knowledge of the facts set forth therein, or of these facts as they appear in the business records, reports, memoranda and data compilations of AUXILIOR CAPITAL PARTNERS, INC. made at or near the time of the events described by, or from information

NOT A CERTIFIED COPY

transmitted by, a person or persons with knowledge of the events described whose regular practice it was to make and keep such records in the ordinary course of the regularly conducted business activities of AUXILIOR CAPITAL PARTNERS, INC.; that I am one of the persons with custody of such records; that I am familiar with the methods and preparation and identity of such records; that I routinely rely on such records in the usually course of my business and the business of AUXILIOR CAPITAL PARTNERS, INC.

3.     The default by the Defendant(s) as alleged and set forth in the Verified Complaint continues to exist as of the date of this Verification.

Under penalties of perjury, I declare that I have read the foregoing Verified Complaint and Verification, and that the facts stated therein are true.

Dated this _14_ day of _November_____, 2023.

_____
Dominick Cevet
AVP - Portfolio Management
AUXILIOR CAPITAL PARTNERS, INC.

EMANUEL & ZWIEBEL, PLLC
Attorneys for Plaintiff
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138 Fax

By: _Eric B. Zwiebel_____
ERIC B. ZWIEBEL, ESQ.
Fla. Bar No.: 476404
Email: eric.zwiebel@emzwlaw.com
Eservice: eservice@emzwlaw.com

NOT A CERTIFIED COPY

**THIS IS A COPY**
This is a copy view of the Authoritative Copy held
by the designated custodian

**Loan & Security Agreement #1002499**

**Borrower:**

| Legal Name: | Fed Tax ID# 81 | | |
|---|---|---|---|
| Zariz Transport Inc. | | | |
| Legal Address:<br>7601 N FEDERAL HWY<br>BOCA RATON FL 33487 | Phone Number:<br>(561) 208-8213 | Cell Number:<br>8455985562 | Fax Number: |
| Billing Address:<br>7601 N FEDERAL HWY<br>BOCA RATON  FL  33487 | E-Mail Address:<br>yaakov@zariztransport.com | | |
| Send Invoice to Attention of:<br>Yaakov Israel Guzelgul | Vendor Name:<br>MHC FINANCIAL SERVICES, INC. | | |

**Equipment:**

| Quantity | Year | Manufacturer / Model | Description | Serial Number |
|---|---|---|---|---|
| 1 | 2018 | KENWORTH T680 | SLEEPER TRACTOR | 1XKYDP9X0JJ186686 |
| 1 | 2018 | KENWORTH T680 | SLEEPER TRACTOR | 1XKYDP9X1JJ186681 |
| 1 | 2018 | KENWORTH T680 | SLEEPER TRACTOR | 1XKYDP9X7JJ186622 |

**Equipment Location Address:**

| Address | City | State | Zip Code |
|---|---|---|---|
| 7601 N FEDERAL HWY | BOCA RATON | FL | 33487 |

**Transaction Terms/Payment Schedule:**

| Principal Amount:<br>$300,638.98 | Interest Rate:<br>9.30% | Payable:<br>Monthly | Payment Amount:<br>$6,284.63 | Term:<br>60 |
|---|---|---|---|---|
| Advance Payment:<br>$0.00 | | Security Deposit:<br>$0.00 | | Documentation Fee:<br>$495.00 |

☐    See attached Schedule B for variable payment structure

**We have written this Loan & Security Agreement ("Loan") in plain language because we want you to understand terms. Please read your copy of this Loan carefully and feel free to ask us any questions you may have. The words "you" and "your" mean the Borrower named above. The words "we", "us", and "our" refer to the Lender named below.** THE TERMS OF THIS LOAN (INCLUDING THOSE ON THE FOLLOWING PAGES) SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. TERMS OR ORAL PROMISES WHICH ARE NOT CONTAINED IN THIS WRITTEN LOAN MAY NOT BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS LOAN ONLY BY ANOTHER WRITTEN AGREEMENT BETWEEN YOU AND US. YOU AGREE TO COMPLYWITH THE TERMS AND CONDITIONS OF THIS LOAN. THIS LOAN IS NOT CANCELABLE. YOU AGREE THAT THE PROCEEDS OF THE LOAN WILL BE USED FOR BUSINESS PURPOSES ONLY AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

YOU CERTIFY THAT ALL THE INFORMATION GIVEN IN THIS LOAN AND YOUR APPLICATION WAS CORRECT AND COMPLETE WHEN THIS LOAN WAS SIGNED. THIS LOAN IS NOT BINDING UPON US OR EFFECTIVE UNLESS AND UNTIL WE EXCUTE THIS LOAN. THIS LOAN AND ALL SCHEDULES WILL BE GOVERNED BY THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA. YOU SPECIFICALLY WAIVE ANY DEFENSE BASED UPON FORUM NON CONVENIENS AND YOU ADMIT THAT MONTGOMERY COUNTY, PENNSYLVANIA IS A CONVENIENT FORUM TO RESOLVE ALL DISPUTES UNDER THIS LOAN. ALL DISPUTES UNDER THIS LOAN SHALL BE RESOLVED IN THIS JURISDICTION AND VENUE OF FEDERAL COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA OR STATE COURTS IN MONTGOMERY COUNTY, PENNSYLVANIA.

**BY SIGNING THIS LOAN BELOW, YOU AGREE TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS ON THE FOLLOWING PAGES.** You agree to submit the original loan documents with any security deposit to Lender or its assignee via overnight courier. Should we fail to receive these originals, you agree to be bound by an electronic copy of this Loan with appropriate signatures on the document. Borrower waives the right to challenge in court the authenticity of an electronic copy of this Loan and the electronic copy shall be considered the original and shall be the binding agreement for the purposes of any enforcement action under paragraph 14.

| Lender | | | Borrower | | |
|---|---|---|---|---|---|
| Auxilior Capital Partners, Inc. | | | Zariz Transport Inc. | | |
| Signature: *Susan Debro* | | Date: 8/12/2022 | Signature: *Yaakov Israel Guzelgul* | | Date 8/11/2022 |
| Print Name: Susan Debro | | Title: VP Operations | Print Name: Yaakov Israel Guzelgul | | Title: President |

052520DV.v1

**EXHIBIT A**

DocuSign Envelope ID: 266B3CB5-7AFB-4C50-94CB-6BBD3922E037

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## TERMS AND CONDITIONS

1. **LOAN**. For value received, the Borrower hereby unconditionally promises to pay to the order of Lender the amounts described above (the "Loan Payments"). In the event we become aware of adverse credit information about you and/or the Guarantor(s) after you signed this Loan and prior to our acceptance of this Loan, we may at our sole discretion, cancel this Loan. ONCE WE ACCEPT THIS LOAN, YOU MAY NOT CANCEL IT DURING THE FULL LOAN TERM. You agree to be bound by all the terms of this Loan from the date you execute this Loan ("Effective Date") until you have paid the Loan in full.

2. **DELIVERY, ACCEPTANCE OF EQUIPMENT AND COMMENCEMENT OF THE LOAN**. Borrower hereby certifies to Lender that the Equipment has been duly ordered, an invoice for the Equipment has been issued and the Equipment will be delivered to the location where it will be used. Borrower acknowledges that signature of this document confirms that Equipment will be properly installed and in good working order and constitutes an unconditional acceptance of the Equipment upon delivery and hereby authorizes the commencement of the Loan ("Commencement Date").

3. **PAYMENT**. You agree to pay us the Loan Payments when each payment is due. If we designate the Loan Payments to begin later than the Commencement Date, you will pay interim interest on the Principal Amount from the Commencement Date until the first Loan Payment due date. Interim interest shalt be equal to the pro rata portion of the daily equivalent of the Loan interest rate. Payment is due whether or not you receive an invoice from us. You authorize us to change the payment by not more than 15ƒo due to changes in the: Equipment configuration accepted by you which may occur prior to our acceptance of this Loan. Restrictive endorsements on checks you send to us will not reduce your obligations to us. For any payment which is not received by its due date, you agree to pay a late charge equal to the higher of 10ƒo of the amount due or $25.00 (not to exceed the maximum amount permitted by law), as reasonable collection costs. We may charge you a return check or non-sufficient funds charge of $50.00 for any payment which is returned by the bank for any reason (not to exceed the maximum amount permitted by law). Provided there is no default, you will be permitted to prepay your Loan in whole but not in part if simultaneously pay a premium as follows: 1% for each year or partial year remaining in the Loan Term.

4. **UNCONDITIONAL OBLIGATION**. YOU AGREE THAT YOU ARE UNCONDITIONALLY OBLIGATED TO PAY ALL PAYMENTS AND' ANY OTHER AMOUNTS DUE UNDER THIS LOAN FOR THE FULL LOAN TERM EVEN IF THE EQUIPMENT IS DAMAGED OR DESTROYED, IF IT IS DEFECTIVE OR YOU HAVE TEMPORARY OR PERMANENT LOSS OF ITS USE. YOU ARE NOT ENTITLED TO REDUCE OR SET- OFF AGAINST PAYMENT OR OTHER AMOUNTS DUE UNDER THIS LOAN FOR ANY REASONWHATSOEVER.

5. **DISCLAIMER OF WARRANTIES**. THE EQUIPMENT IS BEING USED BY YOU IN AS-IS CONDITION. NO INDIVIDUAL IS AUTHORIZED TO CHANGE ANY PROVISION OF THIS LOAN. YOU AGREE THAT WE HAVE NOT MANUFACTURED THE EQUIPMENT OR LICENSED THE EQUIPMENT AND THAT YOU HAVE SELECTED THE EQUIPMENT BASED UPON YOUR OWN JUDGMENT. YOU HAVE NOT RELIED ON ANY STATEMENTS WE OR OUR EMPLOYEES HAVE MADE. WE HAVE NOT MADE AND DO NOT MAKE ANY EXPRESS OR IMPLIED REPRESENTATIONS OR WARRANTIES WHATSOEVER, INCLUDING WITHOUT LIMITATION, THE EQUIPMENT MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY DESIGN, CONDITION, DURABILITY, OPERATION, QUALITY OF MATERIALS OR WORKMANSHIP, OR COMPLIANCE WITH SPECIFICATIONS OR APPLICABLE LAW. You are aware of the name of the Equipment manufacturer. You agree to contact the manufacturer for a description of your warranty rights. Provided you are not in default under this Loan, you may enforce all warranty rights directly against the manufacturer of the Equipment. You agree to settle any dispute you may have regarding performance of the Equipment directly with the manufacturer of the Equipment.

6. **SECURITY INTEREST**. To secure all of your obligations to us under this Loan you hereby grant us a security interest in (a) the Equipment to the extent of your interests in the Equipment, (b) anything attached or added to the Equipment at any time, (c) any money or property from the sale of the Equipment, and (d) any money from an insurance claim if the Equipment is lost or damaged. You agree that the security interest will not be affected if this Loan is changed in any way. You hereby irrevocably authorize us at any time and from time to time to file in any Uniform Commercial Code jurisdiction any financing statements and amendments thereto and appoint us (or our agent) as your true and lawful attorney-in-fact to affix your signature to UCC financing statements prepared and filed on your behalf by us (or our agent) with the same force and effect as if you had signed such financing

statements. If we request, you agree to sign financing statements in order for us to publicly record our security interest. This Loan or a copy of this Loan shall be sufficient as a financing statement and may be filed as such. This Loan may be executed in counterparts, and facsimile signatures shall suffice as originals.

7. **USE, MAINTENANCE AND REPAIR**. You shall (1) use the Equipment solely in the continental United States and in the conduct of your business, for the purpose for which the Equipment was designed, in a careful and proper manner; and (2) operate, maintain, service and repair the Equipment, and maintain all records and other materials relating thereto, in accordance and consistent with (i) the supplier's recommendations, (ii) the requirements of all applicable insurance policies, (iii) the supply contract, so as to preserve all of your and our rights thereunder, including all rights to any warranties, indemnities or other rights or remedies, and (iv) all applicable Laws. All Equipment will meet all of the rules and regulations of the Department of Transportation, Interstate Commerce Commission, applicable State Regulations, and any other applicable regulatory inspection and operating requirements including but not limited to such aspects as being equipped with safety Equipment, being in proper operating condition and having a Vehicle Identification Number plate securely affixed. We and/or our designated representatives may inspect and photograph the Equipment and all applicable maintenance or other records relating thereto at any reasonable time during normal business hours without prior notice. Upon request, you shall advise us of the exact location of any and all items of Equipment.

8. **TAXES**. You agree to pay when due, all taxes, fines, and penalties relating to this Loan or the Equipment that are now or in the future assessed or levied by any state, local or other government authority ("Taxes"). We do not have to contest any taxes, fines or penalties. If required, you will pay estimated property taxes as invoiced and all other taxes and charges, relating to the ownership purchase, possession or use of the Equipment. You shall reimburse and indemnify us, immediately upon demand, for all Taxes. This indemnity continues even after the Loan has expired or has been terminated for acts or omissions which occurred during the Loan Term.

9. **INDEMNITY**. We are not responsible for any injuries, damages, penalties, claims or losses, including legal expenses, incurred by you or any other person caused by the transportation, installation, selection, purchase, loan, ownership, possession, modification, maintenance, condition, operations, use, return or disposition of the Equipment. You agree to reimburse us for and defend us against any claims for such losses, damages, penalties, claims, injuries, or expenses. This indemnity continues even after the Loan has expired for acts or omissions which occurred during the Term.

10. **IDENTIFICATION**. You authorize us to insert or correct missing information on this Loan, including your official name, serial numbers, and any other information describing the Equipment. We will send you copies of the changes. You will attach to the Equipment any name plates or stickers we provide you.

11. **LOSS OR DAMAGE**. You are responsible for any loss of the Equipment from any cause at all, whether or not insured. If any item of the Equipment is lost, stolen or damaged, you will promptly notify us of such an event. Then, at our option, you will repair the Equipment so that it is in good condition and working order. If you have satisfied your obligations under this Section 11 and you are not in default, we will forward to you any insurance proceeds which we receive for such lost, damaged, or destroyed item. If you are in default, we will apply any insurance proceeds we receive to reduce your obligations under Section 14 of this Loan.

12. **INSURANCE**. During the term of a Loan, you will keep the Equipment insured, at your sole cost and expense, against all risks of a loss or damage in an amount not less than the replacement cost of the Equipment. You will also obtain and maintain for the term of a Loan, comprehensive public liability insurance. You will pay all premiums for such insurance. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain such insurance and charge you for all costs. You irrevocably appoint us as your attorney-in-fact to make claims for, receive payment of, arid execute and endorse all documents, checks or drafts in payment for loss or damage under any said insurance policies. If your agent or broker does not confirm property insurance coverage on the Equipment at our request for confirmation or cancellation of existing policy, the Equipment will be insured under our policy. An insurance charge will be added to each of your invoices. The insurance charge includes premium, interest and/or finance charges on that premium, fees for tracking the insurance, and administration expenses (including a fee payable to us which may include a profit). You will also have the option of participating in any property insurance program we may offer.

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## TERMS AND CONDITIONS

**13. DEFAULT.** You will be in default under this Loan if any of the following happens: (a) we do not receive any payment or other payment due hereunder 10 days after its due date (no prior notice from us to you of such default is necessary), or (b) you or any of your guarantors become insolvent, are liquidated, dissolve, stop doing business, divide into two or more entities, or assign rights or property for the benefit of creditors, or (c) a petition is filed by or against you or any of your guarantors under any bankruptcy or insolvency law, or (d) (for individuals) you or any of your guarantors die, or have a guardian appointed, or (e) any representation you have made in this Loan shall prove to be false or misleading in any material respect, or (f) any of your guarantors breach their guaranty but not correcting the default within 10 days after we send you written notice of the default, (g) you default on any other agreement between you and us (or our affiliates), (h) you default under any other material agreement between you and a third party or affiliate, or (i) if there has been a material adverse change in your business, assets, operations, condition (financial or otherwise) or results of operations.

**14. REMEDIES.** Upon the occurrence of default, we may, in our sole discretion, do any or all of the following: (a) provide written notice to you of default, (b) as liquidated damages for loss of a bargain and not as a penalty, declare due and payable: (i) any and all amounts which may be then due and payable by you to us under this Loan Agreement, plus (ii) all Loan Payments remaining through the end of the Loan Agreement term, discounted at the higher of 3% or the lowest rate allowed by law. We have the right to appoint a receiver or require you to make the Equipment available to us for repossession during reasonable business hours or we may repossess the Equipment, so long as we do not breach the peace in doing so, or we may use legal process in compliance with applicable law pursuant to court order to have the Equipment repossessed. You will not make any claims against us or the Equipment for trespass, damage or any other reason. If we take possession of the Equipment, we may (a) sell or lease the Equipment at public or private sale or lease, and/or (b) exercise such other rights as may be allowed by applicable law. You remain liable for any deficiency. Although you agree that we have no obligation to sell the Equipment, if we do sell the Equipment, we will apply any proceeds we receive to reduce your obligations under this Section 14 and any surplus remaining shall be returned to you. You agree (a) that we only need to give you 10 days advance notice of any sale and no notice of advertising, (b) to pay all of the costs we incur to enforce our rights against you including attorney's fees, and (c) that we will retain all of our rights against you even if we do not choose to enforce them at the time of your default. You further agree this Loan is cross-collateralized with any loan, lease or other obligation between you and your affiliates and us (the "Other Obligations"). Accordingly, you agree that any default as stated in this Loan or under the Other Obligations shall also be a default under the non-defaulted obligation. We shall be entitled to exercise all rights and remedies available to us, including without limitation, the right to foreclose on and sell any equipment subject to this Loan or the Other Obligations and apply the proceeds to the Loan or Other Obligations in our discretion. For so long as any obligations and liabilities remain outstanding with respect to the Loan and Other Obligations all security interests granted under the Loan and Other Obligations shall remain in full force and effect as security for your obligations and shall not be released until all obligations and liabilities under the Loan and Other Obligations have been fully paid and discharged. These remedies are cumulative, and in addition to any other remedies provided for by law and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right.

**15. RETURN OF EQUIPMENT.** If (a) a default occurs, you will immediately return the Equipment, manuals and accessories to any location(s) and aboard any carrier(s) we may designate in the continental United States. The Equipment must be properly crated in its original packaging according to manufacturer's recommendations or specifications, freight prepaid and insured, maintained in accordance with Section 7, and in "Average Saleable Condition" which means that all of the Equipment is immediately available for us by a third party buyer, user or borrower, other than yourself, without the need for any repair or refurbishment. All Equipment must be free of markings. You will pay us for any repair, refurbishment, missing or defective parts or accessories.

**16. YOUR REPRESENTATIONS.** You state for our benefit that as of the date of this Loan and throughout the Term (a) you have the lawful power and authority to enter into this Loan, (b) the individuals signing this Loan have been duly authorized to do so on your behalf, (c) all financial information you have provided us is true and accurate and provides a good representation of your financial condition, (d) you have all licenses, permits, rights, powers, consents or approvals from or by all persons or governmental authorities

having jurisdiction over you that are necessary or appropriate for the conduct of your business, (e) the execution, delivery and performance by you of this Loan, and the creation of all liens provided for herein (x) are not and will not be in violation of any applicable law or contractual obligation, and (y) does not and will not require the consent or approval of any governmental authority or any other person, (f) you will promptly notify us in writing if you move your principal place of business, or if you change the name of your business, (g) you will take any action we reasonably request to protect our rights to the Equipment and to meet your obligations under this Loan.

**17. ASSIGNMENT.** YOU WILL NOT SELL, TRANSFER (INCLUDING, WITHOUT LIMITATION, ANY TRANSFER RESULTING FROM YOUR DIVISION INTO TWO OR MORE ENTITIES), ASSIGN, PLEDGE, LEND OR PART WITH POSSESSION OF THE EQUIPMENT, OR FILE, OR PERMIT A LIEN TO BE FILED AGAINST THE EQUIPMENT. We may, without notifying you, sell, assign, or transfer this Loan and our interests in the Equipment. You agree that if we do so, the new owner (and any subsequent owners) will have the same rights and benefits that we now have, but will not have to perform any of our obligations. You agree that the rights of the new owner will not be subject to any claims, defenses, or set-offs that you may have against us. Any such assignment, sale, or transfer of this Loan or Equipment will not relieve us of any obligations we may have to you under this Loan. If you are given notice of a new owner of this Loan, you agree to respond to any requests about this Loan and, if directed by us, to pay the new owner all payments and other amounts due under this Loan.

**18. COLLECTION EXPENSES, OVERDUE PAYMENT, TERMINATION.** You agree that we can, but do not have to, take on your behalf any action which you fail to take as required by this Loan, and our expenses will be in addition to of the payment which you owe us. To the extent allowed by law, any late payment or non-payment of any past due amount will accrue interest at the lower of 18% per annum or the highest legal rate from the due date until paid.

**19. MISCELLANEOUS.** This Loan contains our entire agreement and supersedes any conflicting provision of any equipment purchase order or any other agreement. TIME IS OF THE ESSENCE IN THIS LOAN. If a court finds any provision of this Loan to be unenforceable, the remaining terms of this Loan shall remain in effect. You authorize us (or our agent) to (a) obtain credit reports, (b) make such other credit inquiries as we may deem necessary, and (c) furnish payment history information to payment reporting agencies. To the extent permitted by law, we may charge a fee to cover our documentation and investigation costs.

**20. NOTICES.** All of your written notices to us must be certified mail or recognized overnight delivery service, postage prepaid, to us at our address stated in this Loan, or by facsimile transmission to our facsimile telephone number, with oral confirmation of receipt. All of our notices to you may be sent first class mail, postage prepaid, to your address stated in this Loan. At any time after this Loan is signed, you or we may change an address or facsimile telephone number by giving notice to the other of the change.

**21. WAIVERS.** WE AND YOU IRREVOCABLY WAIVE ANY AND ALL RIGHT EITHER OF US MAY HAVE TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR CLAIM OF ANY NATURE RELATING TO THIS AGREEMENT, ANY DOCUMENTS EXECUTED IN CONNECTION WITH THIS AGREEMENT OR ANY TRANSACTION CONTEMPLATED IN ANY OF SUCH DOCUMENTS. WE AND YOU ACKNOWLEDGE THAT THE FOREGOING WAIVER IS KNOWING AND VOLUNTARY. We will not be liable for specific performance of this Loan for any losses, damages, delay or failure to deliver the Equipment.

**22. CHANGE IN BUSINESS, MANAGEMENT OR OWNERSHIP.** You covenant and agree that from the date of this Loan Agreement until all of the obligations have been paid in full and all of our commitments have been terminated, you will not, without our prior written consent (a) make or permit any change in (i) your form of organization, (ii) the nature of your business as carried on as of the date hereof, (iii) the composition of your current executive management, or (iv) your equity ownership, or (b) merge or transfer (including, without limitation, any transfer resulting from your division into two or more entities) all or substantially all of your stock or assets requested.

**23. FINANCIAL REPORTING.** During the term of this Loan, you agree to provide us (i) consolidated quarterly financial statements within sixty (60) days of the end of a fiscal quarter, (ii) reviewed annual consolidated financial statements, prepared by a certified public accountant, within one hundred twenty (120) days after the close of each fiscal year. Upon our reasonable request, you shall promptly provide to us any additional financial information requested.

**24. USA PATRIOT ACT NOTICE.** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information

DocuSign Envelope ID: 266B3CB5-7AFB-4C50-94CB-6BBD3922E037

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## TERMS AND CONDITIONS

that identifies each Borrower that opens an account. What this means: when you open an account, we will ask for the business name, business address, taxpayer identifying number and other information or documentation that will allow us to identify you, such as organizational documents. For some businesses and organizations, we may also need to ask for identifying information and documentation relating to certain individuals associated with the business or organization

**25. ANTI-MONEY LAUNDERING/INTERNATIONAL TRADE LAW COMPLIANCE.** You represent and warrant to us, as of the date of this Loan Agreement, the date of each advance of proceeds under the Loan, the date of any renewal, extension or modification of this Loan Agreement, and at all times until the Loan has been terminated and all amounts thereunder have been indefeasibly paid in full, that: (a) no Covered Entity (i) is a Sanctioned Person; (ii) has any of its assets in a Sanctioned Country or in the possession, custody or control of a Sanctioned Person; or (iii) does business in or with, or derives any of its operating income from investments in or transactions with, any Sanctioned Country or Sanctioned Person in violation of any law, regulation, order or directive enforced by any compliance authority; (b) the proceeds of the Loan will not be used to fund any operations in, finance any investments or activities in, or, make any payments to, a Sanctioned Country or Sanctioned Person in violation of any law, regulation, order or directive enforced by any Compliance Authority; (c) the funds used to repay the Loan are not derived from any unlawful activity; and (d) each Covered Entity is in compliance with, and no Covered Entity engages in any dealings or transactions prohibited by, any laws of the United States, including but not limited to any Anti- Terrorism Laws. You covenant and agree that you shall immediately notify us in writing upon the occurrence of a Reportable Compliance Event.

As used herein: **"Anti-Terrorism Laws"** means any laws relating to terrorism, trade sanctions programs and embargoes, import/export licensing, money laundering, or bribery, all as amended, supplemented or replaced from time to time; **"Compliance Authority"** means each and all of the (a) U.S. Treasury Department/Office of Foreign Assets Control, (b) U.S. Treasury Department/Financial Crimes Enforcement Network, (c) U.S. State Department/Directorate of Defense Trade Controls, (d) U.S. Commerce Department Bureau of Industry and Security, (e) U.S. Internal Revenue Service, (f) U.S. Justice Department, and (g) U.S. Securities and Exchange Commission; **"Covered Entity"** means you, your affiliates and subsidiaries, all guarantors, pledgors of collateral, all owners of the foregoing, and all of your brokers or other agents acting in any capacity in connection with this Loan; **"Reportable Compliance Event"** means that any Covered Entity becomes a Sanctioned Person, or is indicted, arraigned, investigated or custodially detained, or receives an inquiry from regulatory or law enforcement officials, in connection with any Anti- Terrorism Law or any predicate crime to any Anti-Terrorism Law, or self-discovers facts or circumstances implicating any aspect of its operations with the actual or possible violation of any Anti-Terrorism Law; **"Sanctioned Country"** means a country subject to a sanctions program maintained by any Compliance Authority; and **"Sanctioned Person"** means any individual person, group, regime, entity or thing listed or otherwise recognized as a specially designated, prohibited, sanctioned or debarred person or entity, or subject.

**25. ANTI-MONEY LAUNDERING/INTERNATIONAL TRADE LAW COMPLIANCE (continued)** to any limitations or prohibitions (including but not limited to the blocking of property or rejection of transactions), under any order or directive of any Compliance Authority or otherwise subject to, or specially designated under, any sanctions program maintained by any Compliance Authority.

**26. BENEFICIAL OWNERS.** If applicable, you agree to deliver certification(s) of beneficial owners in the form requested by us (as executed and delivered to us on or prior to the date of this Loan Agreement and updated from time to time, the "Certification of Beneficial Owners"). You represent and warrant (which shall be continuing in nature and remain in full force and effect until all of the obligations are paid in full) that the information in the Certification of Beneficial Owners executed and delivered to us on or prior to the date of this Loan Agreement (if applicable), is true, complete and correct as of the date hereof and as of the date any such update is delivered. You acknowledge and agree that the Certification of Beneficial Owners (if applicable) is a Loan document. You agree that from the date of execution of this Loan Agreement until all of the obligations have been paid in full and all of our commitments have been terminated, you will provide (i) confirmation of the accuracy of the information set forth in the most recent Certification of Beneficial Owners provided to us (if applicable), as and when requested by us, (ii) if applicable, a new



Certification of Beneficial Owners in form and substance acceptable to us when the individual(s) identified as a controlling party and/or a direct or indirect individual owner on the most recent Certification of Beneficial Owners provided to us have changed, and (iii) such other information and documentation as may reasonably be requested by us from time to time for purposes of compliance by us with applicable laws (including without limitation the USA PATRIOT Act and other know your customer" and anti-money laundering rules and regulations), and any policy or procedure implemented by us to comply therewith.

APXEXB00258
00296



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1XKYDP9X1JJ186681 | 2018 | KW | [T680]* | [Tra]* | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 770133285753003 | [EXEMPT]* | GA | 10-12-2022 |

| Vehicle Color | Number of Owners |
|---|---|
| | 1 |

**Full Name of Owner(s)**
ZARIZ TRANSPORT INC
175 CONTAINER RD
SAVANNAH, GA 314151675

**Liens(s)**
AUXILIOR CAPITAL PARTNERS
[620 W Germantown Pike
#450
Plymouth Meeting, PA 19462]*

Lien Date: 08-12-2022
ELT Number: 101202995200
LTN: 1002499-1

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: 8DQ5A5GS2H

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



NOT A CERTIFIED COPY

**IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA**

| | |
|---|---|
| Waylanders Transport LLC | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Case No.: 50 2023 CC 008970 XXXX MB |
| | ) |
| Zariz Transport Inc., | ) |
|     Defendant. | ) |

**NOTICE OF SERVICE OF OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT**

Notice of Service hereby being given that on November 8, 2023, Plaintiff in this Action, Waylanders Transport LLC, served upon Defendant, Zariz Transport Inc., an Offer of Judgment/Proposal for Settlement.

Dated: November 8, 2023

Respectfully submitted,
*Attorney for Waylanders*

**/s/ Martin W. O'Connor**
Martin W. O'Connor
Florida Bar No.: 1044344
moconnor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, Illinois 60603
Phone: (312) 255-7200
Fax: (312) 422-1224

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Service of Offer of Judgment/Proposal For Settlement was served by e-mail on November 8, 2023 to:

    Joe Grant
    Lorium Law
    197 South Federal Highway, Suite 200

NOT A CERTIFIED COPY

APXEXB00260
00298

Boca Raton, Florida 33432
jgrant@loriumlaw.com
jyoung@louriumlaw.com
Attorney for Defendant

**/s/ Martin W. O'Connor**
Florida Bar No.: 1044344
moconnor@scopelitis.com
SCOPELITIS, GARVIN,
LIGHT, HANSON & FEARY,
P.C.
30 West Monroe Street, Suite
1600
Chicago, Illinois 60603
Phone: (312) 255-7200
Fax: (312) 422-1224

NOT A CERTIFIED COPY

# IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Waylanders Transport LLC )
     Plaintiff, )
                  )
        v. ) Case No.:
                  )
Zariz Transport Inc., )
     Defendant. )

## COMPLAINT

Plaintiff, WAYLANDERS TRANSPORT LLC, hereby brings this Complaint at Law against Defendant, ZARIZ TRANSPORT INC., and alleges as follows:

## INTRODUCTION, PARTIES, AND VENUE

1. This is a breach of contract, unjust enrichment, and accounts stated suit which arose after Defendant, Zariz Transport Inc., failed to pay Plaintiff, Waylanders Transport LLC, for transportation services.

2. Waylanders is a Florida Limited Liability trucking Company who transports goods for commercial shippers and transportation brokers.

3. Defendant, Zariz, is a Florida Corporation in the business of brokering drayage transports. Zariz maintains an office for the transaction of its customary business at 7601 N. Federal HWY, STE B-230, Boca Raton, Palm Beach County, FL 33487.

4. Zariz's registered agent is Lorium PLLC located at 197 S. Federal Hwy, STE 200, Boca Raton, FL 33432.

NOT A CERTIFIED COPY

## FACTS COMMON TO ALL COUNTS

5.     On or about April 20, 2023, Zariz's President, Yaakov I. Guzelgul, reached out to the CEO of Waylanders, Bo Lanter, seeking transportation services. (Mr. Lanter and Mr. Guzelgul Text Messages (1) attached hereto as Exhibit A). Mr. Guzelgul offered Mr. Lanter $1,500 a load in exchange for transporting a series of loads from Savannah, GA to Wadley, AL. (Ex. A).

6.     Mr. Guzelgul and Mr. Lanter agreed Waylanders would provide transport of the loads in exchange for $1,500 a load (the "Contract"). (Ex. A).

7.     Pursuant to the Contract, from April 21st to April 28, 2023, Waylanders transported fifteen (15) loads for Zariz. (Delivery Orders attached hereto as Exhibit B; Zariz and Waylanders emails attached hereto as Exhibit C).

8.     Throughout May and June of 2023, Waylanders reached out to Zariz at least ten times in an attempt to collect the amount owed: $22,500 (15 x $1,500).

9.     Zariz has never disputed it owes Waylanders $22,500 for transporting the subject loads. In fact, Zariz has affirmed it owes Waylanders $22,500:

-    On May 4, 2023, Mr. Guzelgul stated, "[one of Zariz's employees] will take care [of payment] asap." (Mr. Lanter and Mr. Guzelgul Text Messages (2) attached hereto as Exhibit D).

-    On May 8, 2023, Mr. Guzelgul wrote: "you should have [payment] today." (Mr. Lanter and Mr. Guzelgul Text Messages (3) attached hereto as Exhibit E).

10.    Despite Zariz's assurances, no payment has been made.

NOT A CERTIFIED COPY

11.    Zariz has committed wrongful acts not only by breaching the Contract, but also by stating payment will be made while knowing no payment will be made. (Ex. C; Ex. D; Ex. E). Now, Waylanders has been forced to bring this Suit.

12.    Zariz's wrongful acts have naturally and directly caused Waylanders to incur attorney's fees and costs.

## COUNT I – BREACH OF CONTRACT

13.    Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

14.    On or about April 20, 2023, Zariz offered to pay Waylanders $1,500 a load in exchange for the transport of a series of loads from Savanah, GA to Wadley, AL. (Ex. A).

15.    On or about April 20, 2023, Waylanders accepted Zariz's offer.

16.    The Contract was thereby formed.

17.    Pursuant to the Parties' Contract, Waylanders performed/transported (15) loads for Zariz. (Ex. B).

18.    Zariz breached the Contract by failing to pay Waylanders.

19.    Under the Parties' Contract, Waylanders is lawfully entitled to $22,500 ($1,500 x 15).

WHEREFORE, Waylanders prays this Honorable Court enter a judgment in its favor and against Zariz for $22,500 and for attorney's fees, costs, or other relief this Court deems just and equitable.

NOT A CERTIFIED COPY

# COUNT II – ACCOUNTS STATED

20. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

21. On multiple occasions, Waylanders has stated Zariz's $22,500 account to it without objection or dispute. (Ex. C; Ex E).

22. For example, on June 1, 2023, Waylanders emailed/stated Zariz's account to Zariz:



(Ex. C).

23. Zariz never replied back to Waylanders' June 1, 2023 email/account stated. (Ex. C).

24. Zariz has never disputed the correctness of the account Waylanders has stated ($22,500). (Ex. C; Ex. E).

APXEXB00265

00303

WHEREFORE, Waylanders prays this Honorable Court enter a judgment in its favor and against Zariz for $22,500 and for attorney's fees, costs, or other relief this Court deems just and equitable.

## COUNT III – UNJUST ENRICHMENT

25. Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

26. Waylanders conferred a benefit upon Zariz when it transported (15) loads for Zariz from Savanah, GA to Wadley, AL.

27. Zariz had knowledge of the benefits Waylanders conferred on it because Zariz requested Waylanders transport the loads and Zariz acknowledged the benefits conferred on it after transport.

28. Zariz has voluntarily accepted and retained the benefit Waylanders conferred on it.

29. It is inequitable for Zariz to retain the benefit conferred upon it without paying Waylanders the value of that benefit ($22,500).

WHEREFORE, Waylanders prays this Honorable Court enter a judgment in its favor and against Zariz for $22,500 and for attorney's fees, costs, or other relief this Court deems just and equitable.

Respectfully submitted,

/s/ _____
Martin Wolf O'Connor

Florida Bar #1044344
SCOPELITIS GARVIN LIGHT
HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 255-7200
E-mail: moconnor@scopelitis.com
Attorney for Plaintiff

NOT A CERTIFIED COPY

APXEXB00267
00305

# EXHIBIT A

NOT A CERTIFIED COPY



**5:59**

**Y**

Yaakov ›

Thu, Apr 20 at 3:46 PM

If I approve 1500 can you give me a few drivers for tonight ? I know that a big ask

And 4 loads per day next week

For 1500 yes let me check

What are addresses

Pickup and delivery addresses

Is Wadley open 7 days a week ?

1 Reply

175 container rd Savannah

1665 Cooledge St. Wadley, Al 36275

Is Wadley open 7 days a week ?

I don't believe they are open Sunday but yes for saturday

iMessage



NOT A CERTIFIED COPY

# EXHIBIT B

NOT A CERTIFIED COPY

 49496

PATRICK
821007

# Delivery Order

**Driver Name:**

| DATE | OUR REF NO |
|------|------------|
| 4/26/23 | 3643723 |

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel:          Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO Tel: Fax: | Seal_# WHAA067687 | Master BL# WHLC040DX00778 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY 1655 COOLEDGE ST., WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS WHLU5836036     HC 40FT REF #            B0061270 ENTRY #         B7V-0051270-3 | 41,720.28 | |

Delivery Date: 4/27/23
Delivery Time: 10:30 AM    ETA 09:00 CDT.

Arrived: 9.14 EDT.
Depart 10:15 CDT.

**Received in Good Order**
By: _____
Date/Time: _____

NOT A CERTIFIED COPY



48469    PATRICK    82D007
         4-24

# Delivery Order

**Driver Name:** _____

| DATE | OUR REF NO |
|------|-----------|
| 4/21/23 | 3642573 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| COSCO | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel:          Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel: Fax: | Seal_# 24283365 | Master BL# COSU8029543550 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY 1655 COOLEDGE ST., WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS | | |
| | OOCU7770088        HC 40FT | 41,633.00 | |
| | REF #              B0061186 | | |
| | ENTRY #            B7V-0061257-0 | | |
| | **Delivery Date:** 4/24/23 | | |
| | **Delivery Time:** 7:15 AM | | |

Trouble with 5th Wheel

ETA 11:23AM      11:06 Central Arrive

12:20 Depart      Complete 4-24

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY

 48463

4-24



*(handwritten, top)* JAMELL EASONS STARY
OQ4414
588617

# Delivery Order

**Driver Name:** _____

| DATE | OUR REF NO |
|------|-----------|
| 4/21/23 | 3642575 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| COSCO | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel:            Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel: Fax: | Seal_# 24283367 | Master BL# COSU8029543550 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY 1655 COOLEDGE ST., WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS | | |
| | FCIU9904122                    HC 40FT | 41,633.00 | |
| | REF #                               B0061186 | | |
| | ENTRY #                          B7V-0061186-1 | | |

**Delivery Date:** 4/23/23
**Delivery Time:** 8:00 AM

*(handwritten)* ~~8:45 AM~~
Arrive 10:03
Depart 11:01
Complete 4·24

**Received in Good Order**
**By:** _____
**Date/Time:** _____

NOT A CERTIFIED COPY



48488

Lorrenzo

# Delivery Order

**Driver Name:** 572971

| DATE | OUR REF NO |
|------|-----------|
| 4/24/23 | 3642589 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| EVERGREEN AMERICA | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:          Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_# | Master BL#<br>EGLV237300076153 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCT 17CT | | |
| | EITU1882951          HC 40FT | 41,633.00 | |
| | REF #          B0061257 | | |
| | ENTRY #          B7V-0061257-0 | | |
| | **Delivery Date:** 4/25/23 | | |
| | **Delivery Time:** 7:00 AM | | |

Arrive 07:47
Depart 08:21
Complete

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY



48487

MACK FREEMAN

# Delivery Order

Driver Name: 269926

| DATE | OUR REF NO |
|------|-----------|
| 4/24/23 | 3642590 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| EVERGREEN AMERICA | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:                    Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_# | Master BL#<br>EGLV237300076153 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS | | |
| | FDCU0271255          HC 40FT | 41,633.00 | |
| | REF #                B0061257 | | |
| | ENTRY #              B7V-0061257-0 | | |
| | **Delivery Date:** 4/25/23<br>**Delivery Time:** 7:15 AM | | |

Arrived AT 12:30PM
Departure AT 13:29        STILL IN SAVANNA
                         Landing Gear Issue
        12:30    ETA ~~11:11~~ CENTRAL TIME

Received in Good Order
By: _____
Date/Time: _____

NOT A CERTIFIED COPY



48486

Stacy Bennett

# Delivery Order

**Driver Name:** 588617

| DATE | OUR REF NO |
|------|-----------|
| 4/24/23 | 3643704 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:          Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel: | Seal_# | Master BL# |
|---|---|---|
| Fax: | WHAA067648 | WHLC040DX00776 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | WHSU5206027          HC 40FT<br>REF #                       B0061270<br>ENTRY #                   B7V-0051270-3<br><br>**Delivery Date:** 4/25/23<br>**Delivery Time:** 10:00 AM | 41,324.00 | |

ETA 10:30

Arrived 11am
Depart 12:00

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY

48485



Patrick

# Delivery Order

**Driver Name:** 821007

| DATE | OUR REF NO |
|------|-----------|
| 4/24/23 | 3643706 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel: Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO)Tel: Fax: | Seal_# WHAA067650 | Master BL# WHLC040DX00776 |
|---|---|---|

## FOR DELIVERY TO | ROUTE

TKSCS WADLEY
1655 COOLEDGE ST.,
WADLEY, AL 36276

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | WHSU5030642      HC 40FT<br>REF #                B0061270<br>ENTRY #              B7V-0051270-3 | 41,324.00 | |

**Delivery Date:** 4/25/23
**Delivery Time:** 10:30 AM

Arrive 12:29pm

Dpart 13:31pm

IN SAVANNA
NOW DUE TO
BREAKDOWN DAY
BEFORE HOS.
12:34 12:15 CENTRAL TIME

## Received in Good Order

**By:** _____

**Date/Time:** _____

NOT A CERTIFIED COPY



MAC AUTHOR.

48497

575675

# Delivery Order

**Driver Name:**

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| DATE | OUR REF NO |
|------|-----------|
| 4/25/23 | 3643719 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel:                    Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO: Tel: Fax: | Seal_# WHAA067683 | Master BL# WHLC040DX00778 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY 1655 COOLEDGE ST., WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS | 41,720.28 | |
| | WHSU5505080          HC 40FT | | |
| | REF #          B0061270 | | |
| | ENTRY #          B7V-0051270-3 | | |
| | **Delivery Date:** 4/26/23 | | |
| | **Delivery Time:** 9:30 AM | | |
| | Arrive    6:00 CDT. | | |
| | Empty    0900 CDT | | |
| | WHSU5505080 | | |

Complete

## Received in Good Order

By: _____

Date/Time: _____

NOT A CERTIFIED COPY



48495

PATRICK STACY

821007 ~~821007~~

588617

# Delivery Order



ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

**Driver Name:**

| DATE | OUR REF NO |
|------|-----------|
| 4/25/23 | 3643722 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:          Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_#<br>WHAA067686 | Master BL#<br>WHLC040DX00778 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS | | |
| | WHSU5422221              HC 40FT | 41,720.28 | |
| | REF #                         B0061270 | | |
| | ENTRY #                     B7V-0051270-3 | | |
| | **Delivery Date:** 4/26/23 | | |
| | **Delivery Time:** 10:15 AM | | |
| | ETA 12:25 | | |
| | Arrive 12:16 CDT. | | |
| | Depart 13:00 CDT | | |
| | WLX5836086 | | |

Complete

**Received in Good Order**
**By:** _____
**Date/Time:** _____

NOT A CERTIFIED COPY



48515

MAC AUETUR

575675

# Delivery Order

**Driver Name:**

| DATE | OUR REF NO |
|------|------------|
| 4/26/23 | 3643726 |

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL 2 MAIN STREET GATE 4 SAVANNAH, GA 31408 Tel: Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel: Fax: | Seal_# WHAA294992 | Master BL# WHLC040DX00926 |
|---|---|---|

| FOR DELIVERY TO | ROUTE |
|---|---|
| TKSCS WADLEY 1655 COOLEDGE ST., WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCT | | |
| | WHSU6239025          HC 40FT | 41,720.28 | |
| | REF #                        B0061273 | | |
| | **Delivery Date:** 4/27/23 | | |
| | **Delivery Time:** 9:00 AM | | |
| | Arrive: 6:00 CDT. | | |
| | Depart 8:15 CDT. | | |

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY

 48514    STACY

588617

# Delivery Order

**Driver Name:** _____

| DATE | OUR REF NO |
|------|------------|
| 4/26/23 | 3642574 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| COSCO | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:        Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_#<br>24283366 | Master BL#<br>COSU8029543550 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS<br>TGBU4762709     HC 40FT<br>REF #         B0061186<br>ENTRY #      B7V-0061186-1<br><br>**Delivery Date:** 4/27/23    ETA ~~11:46~~ 11:08 CDT.<br>**Delivery Time:** 10:00 AM<br><br>Arrive: 11:13 CDT.<br>Depart: 11:53 CDT. | 41,633.00 | |

**Received in Good Order**

**By:** _____

**Date/Time:** _____

NOT A CERTIFIED COPY



48513

Lorenzo

~~592991~~
102

# Delivery Order

**Driver Name:**

| DATE | OUR REF NO |
|------|-----------|
| 4/26/23 | 3642586 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| EVERGREEN AMERICA | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:      Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_# | Master BL#<br>EGLV237300076153 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCTS/ 17 CT<br>  MAGU5413969    HC 40FT<br>  REF #        B0061257<br>  ENTRY #     B7V-0061257-0<br><br>**Delivery Date:** 4/27/23    ETA 08:23 CDT.<br>**Delivery Time:** 10:15 AM<br><br>  Arrive: 07:30 CDT.<br>  Depart: 09:12 CDT | 41,633.00 | |

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY



48526    STACY
         588617

# Delivery Order

**ZARIZ TRANSPORT INC.**
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

**Driver Name:**

| DATE | OUR REF NO |
|------|-----------|
| 4/28/23 | 3643746 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:                    Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_#<br>WHAA294998 | Master BL#<br>WHLC040DX00926 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCT<br>WHLU5518499          HC 40FT<br>REF #                      B0061273 | 41,720.28 | |
| | **Delivery Date:** 4/28/23<br>**Delivery Time:** 8:45 AM    ETA 11:30 CDT<br>ARRIVE: 12:18<br>DEPART: 12:45 | | |

**Received in Good Order**

By: _____

Date/Time: _____

NOT A CERTIFIED COPY



48523

Patrick
821007

# Delivery Order

**Driver Name:**

| DATE | OUR REF NO |
|------|------------|
| 4/27/23 | 3643750 |

ZARIZ TRANSPORT INC.

7601 NORTH FEDERAL HWY STE B-230

BOCA RATON, FLORIDA 33487

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|-------------------|----------|-------------------------------|
| WAN HAI LINE | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:         Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_#<br>WHAA294991 | Master BL#<br>WHLC040DX00926 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCT<br><br>WHSU5808106      HC 40FT<br>REF #          B0061273 | 41,720.28 | |

**Delivery Date:** 4/28/23
**Delivery Time:** 7:45 AM    ETA 09:30

Arrive: 09:18
Depart: 10:06

**Received in Good Order**
**By:** _____
**Date/Time:** _____

NOT A CERTIFIED COPY

APXEXB00284
00322



48524 ~~48512~~


~~AAAC~~ Sotee Forana
269924
~~575675~~

# Delivery Order

ZARIZ TRANSPORT INC.
7601 NORTH FEDERAL HWY STE B-230
BOCA RATON, FLORIDA 33487

Dodger
102
Daniel

**Driver Name:**

| DATE | OUR REF NO |
|------|-----------|
| 4/27/23 | 3643748 |

THE MERCHANDISE DESCRIBED
BELOW WILL BE ENTERED AND
FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGINAL AIRPORT |
|---|---|---|
| WAN HAI LINE | GARDEN CITY TERMINAL<br>2 MAIN STREET GATE 4<br>SAVANNAH, GA 31408<br>Tel:                    Fax: | |

| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) Tel:<br>Fax: | Seal_#<br>WHAA294999 | Master BL#<br>WHLC040DX00926 |
|---|---|---|

| **FOR DELIVERY TO** | **ROUTE** |
|---|---|
| TKSCS WADLEY<br>1655 COOLEDGE ST.,<br>WADLEY, AL 36276 | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| | BIFACIAL PRODUCT<br>WHSU5239550            HC 40FT<br>REF #                       B0061273 | 41,720.28 | |

**Delivery Date:** 4/28/23
**Delivery Time:** 9:00 AM

ARrive 04:00 CDT

DEPArT 06:00 CDT

**Received in Good Order**
**By:** _____
**Date/Time:** _____

NOT A CERTIFIED COPY

APXEXB00285
00323

# EXHIBIT C

NOT A CERTIFIED COPY

Zariz Team,

Can we please get some communication on these outstanding invoices & rate cons that are now over 30 days old? I have attached all of the rate cons that are outstanding as well as outlined everything below. Your help here is appreciated.

| Billing Week-Ending | Wayne Load # | Zariz Load # | Container # | Pickup Location | Pickup Date | Pickup Time | Delivery Location | Delivery Date | Delivery Appt. | Delivery Arrival Time | Delivery Departure Time | Round-Trip Miles | Delivery Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/2023 | 48469 | 3642573 | OOCU7770088 | Savannah Ga. | 4/24/2023 | 1:00 | Wadley Al. | 4/24/2023 | 7:15 | 11:08 | 12:16 | 590 | $ 1,500.00 |
| 4/28/2023 | 48463 | 3642575 | FCIU9904122 | Savannah Ga. | 4/24/2023 | 1:00 | Wadley Al. | 4/24/2023 | 8:00 | 10:03 | 11:01 | 590 | $ 1,500.00 |
| 4/28/2023 | 48488 | 3642589 | EITU1882951 | Savannah Ga. | 4/24/2023 | 0:01 | Wadley Al. | 4/25/2023 | 7:00 | 7:47 | 8:21 | 590 | $ 1,500.00 |
| 4/28/2023 | 48487 | 3642590 | FDCU0271255 | Savannah Ga. | 4/24/2023 | 0:01 | Wadley Al. | 4/25/2023 | 7:15 | 12:30 | 13:29 | 590 | $ 1,500.00 |
| 4/28/2023 | 48486 | 3643704 | WHSU5206027 | Savannah Ga. | 4/24/2023 | 1:00 | Wadley Al. | 4/25/2023 | 10:00 | 11:00 | 12:01 | 590 | $ 1,500.00 |
| 4/28/2023 | 48485 | 3643706 | WHSU5030642 | Savannah Ga. | 4/24/2023 | 1:00 | Wadley Al. | 4/25/2023 | 10:30 | 12:29 | 13:31 | 590 | $ 1,500.00 |
| 4/28/2023 | 48497 | 3643719 | WHSU5505080 | Savannah Ga. | 4/26/2023 | 1:00 | Wadley Al. | 4/26/2023 | 9:30 | 6:00 | 9:00 | 590 | $ 1,500.00 |
| 4/28/2023 | 48495 | 3643722 | WHSU5422221 | Savannah Ga. | 4/26/2023 | 1:00 | Wadley Al. | 4/26/2023 | 10:15 | 12:16 | 13:00 | 590 | $ 1,500.00 |
| 4/28/2023 | 49496 | 3643723 | WHLU5836036 | Savannah Ga. | 4/26/2023 | 1:00 | Wadley Al. | 4/27/2023 | 10:30 | 9:14 | 10:15 | 590 | $ 1,500.00 |
| 4/28/2023 | 48515 | 3643726 | WHSU6239025 | Savannah Ga. | 4/27/2023 | 1:00 | Wadley Al. | 4/27/2023 | 9:00 | 6:00 | 8:15 | 590 | $ 1,500.00 |
| 4/28/2023 | 48514 | 3642574 | TGBU4762709 | Savannah Ga. | 4/27/2023 | 1:00 | Wadley Al. | 4/27/2023 | 10:00 | 11:13 | 11:53 | 590 | $ 1,500.00 |
| 4/28/2023 | 48513 | 3642586 | MAGU5413969 | Savannah Ga. | 4/27/2023 | 1:00 | Wadley Al. | 4/27/2023 | 10:15 | 7:30 | 9:12 | 590 | $ 1,500.00 |
| 4/28/2023 | 48526 | 3643746 | WHLU5518499 | Savannah Ga. | 4/28/2023 | 6:00 | Wadley Al. | 4/28/2023 | 8:45 | 12:18 | 12:45 | 590 | $ 1,500.00 |
| 4/28/2023 | 48523 | 3643750 | WHSU5808106 | Savannah Ga. | 4/28/2023 | 4:00 | Wadley Al. | 4/28/2023 | 7:45 | 9:18 | 10:06 | 590 | $ 1,500.00 |
| 4/28/2023 | 48524 | 3643748 | WHSU5239550 | Savannah Ga. | 4/27/2023 | 23:00 | Wadley Al. | 4/28/2023 | 9:00 | 4:00 | 8:00 | 590 | $ 1,500.00 |

Thanks



**Derek Meile**

C O O

📞 (618) 978-4335

✉ derek.meile@waylanders.com

🌐 www.waylanders.com

**From:** Derek Meile
**Sent:** Thursday, May 25, 2023 9:05 AM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>; Josh Gross <josh.gross@zariztransport.com>; ap@zariztransport.com
**Subject:** RE: Zariz Load 3642578

Zariz Team,

Can we please get an update on when our invoice of $22,500 will be paid out? These loads where all delivered by 4.28.2023 and invoiced by that date as well. These loads will be over 30 days old if they are not paid out by Saturday 5.27.2023.

NOT A CERTIFIED COPY

APXEXB00287

00325

If there is anything you need on our end please let us know.

Thanks



**Derek Meile**

C O O

📞 (618) 978-4335

✉️ derek.meile@waylanders.com

🌐 www.waylanders.com

**From:** Derek Meile
**Sent:** Friday, May 12, 2023 12:16 PM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>; Josh Gross <josh.gross@zariztransport.com>; ap@zariztransport.com
**Subject:** RE: Zariz Load 3642578

Zariz Team,

Our invoice for $22,500 is now eight days late. We have not received a response to our calls or emails going back to Friday 5/5 around 10:00 am. Please remit payment for $22,500 by the end of the day today.

If there is anything we can do please let me know.

Thanks



**Derek Meile**

C O O

📞 (618) 978-4335

✉️ derek.meile@waylanders.com

🌐 www.waylanders.com

**From:** Derek Meile
**Sent:** Wednesday, May 10, 2023 8:02 AM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>; Josh Gross <josh.gross@zariztransport.com>
**Subject:** RE: Zariz Load 3642578

Zariz Team,

APXEXB00288

Our invoice for $22,500 is now six days late. We have not received a response to our calls or emails going back to Friday 5/5 around 10:00 am. Please remit payment for $22,500 by the end of the day today.

If there is anything we can do please let me know.

Thanks



**Derek Meile**
C O O
☎ (618) 978-4335
✉ derek.meile@waylanders.com
🌐 www.waylanders.com

---

**From:** Derek Meile
**Sent:** Tuesday, May 9, 2023 7:54 AM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>; Josh Gross <josh.gross@zariztransport.com>
**Subject:** RE: Zariz Load 3642578

Zariz Team,

I am just following up to see if we can get an update on the $22,000 payment owed. If someone could provide an update I would appreciate it.

Thanks



**Derek Meile**
C O O
☎ (618) 978-4335
✉ derek.meile@waylanders.com
🌐 www.waylanders.com

---

**From:** Derek Meile
**Sent:** Monday, May 8, 2023 8:40 AM
**To:** Bo Lanter <bo.lanter@waylanders.com>; 'Jeff Weiss' <jeff.weiss@zariztransport.com>; 'Zariz Accounting Team' <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; 'Yaakov Guzelgul' <yaakov@zariztransport.com>
**Subject:** RE: Zariz Load 3642578

Zariz Team,

I hope you all had a great weekend. I was just seeing if you could provide an update on our payment. Appreciate the assistance here.

NOT A CERTIFIED COPY

Thanks



## Derek Meile

C O O

📞 (618) 978-4335

✉️ derek.meile@waylanders.com

🌐 www.waylanders.com

**From:** Derek Meile
**Sent:** Friday, May 5, 2023 8:36 AM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>
**Subject:** RE: Zaris Load 3642578

Zariz,

Can someone please respond as this is the 3rd email on this topic with no response. We still have not received our wire and we need to get an update on when it will be sent.

Thanks



## Derek Meile

C O O

📞 (618) 978-4335

✉️ derek.meile@waylanders.com

🌐 www.waylanders.com

**From:** Derek Meile
**Sent:** Thursday, May 4, 2023 3:00 PM
**To:** Bo Lanter <bo.lanter@waylanders.com>; Jeff Weiss <jeff.weiss@zariztransport.com>; Zariz Accounting Team <accounting@zariztransport.com>
**Cc:** Kyle Woodward <kyle.woodward@waylanders.com>; Kristin Trainer <kristin.trainer@waylanders.com>; Yaakov Guzelgul <yaakov@zariztransport.com>
**Subject:** RE: Zaris Load 3642578

All,

I am just coming over the top here as we haven't received the wire yet. If you could please advise we would appreciate it.

Thanks

NOT A CERTIFIED COPY